# EXHIBIT 2



# LegitScript International Healthcare Merchant Standards

Show the world you operate legitimately in your jurisdiction, and anywhere your customers are located.

## Healthcare Merchant Websites

If you facilitate the sale or prescribing of pharmaceuticals or other regulated healthcare products, or advertise or market healthcare products, some or all of these standards likely apply to you.

### 1. Licensure or Registration

If facilitating prescribing or dispensing, the applicant must only facilitate the dispensing or prescribing of drugs by pharmacies or medical practitioners that are licensed or registered in good standing to operate a pharmacy, or engage in the practice of pharmacy or medicine in all required jurisdictions. This includes the jurisdiction from which the drugs are dispensed or prescribed and the jurisdiction to which the drugs are offered to be shipped and the patient's jurisdiction, except in circumstances allowed by law.

### 2. Controlled Substances

Laws governing controlled substances vary by country. The applicant must be in compliance with all applicable laws and regulations for controlled substances. For example, any dispensing pharmacy or prescribing practitioner, if dispensing or prescribing controlled substances to US residents, must be registered with the US Drug Enforcement Administration (DEA), and must be in compliance with DEA rules and regulations.

### 3. Prior Discipline

The applicant, including any manufacturer, wholesaler, pharmacy, its pharmacists, and any medical practitioner associated with the website or business must not have been subject to significant recent and/or repeated disciplinary sanctions, warning letters or similar regulatory action.



The applicant, including any manufacturer, wholesaler, pharmacy, its pharmacists, and any medical practitioner associated with the website or business must not have been subject to significant recent and/or repeated disciplinary sanctions, warning letters or similar regulatory action.

## 4. Applicant Location

All pharmacies that dispense drugs on behalf of the website must be domiciled in the jurisdiction to which the website offers to ship drugs, except where reciprocity exists, drug importation is expressly permitted as a matter of law, or other legal authority permits or does not require the pharmacy to be domiciled in the jurisdiction. Medical practitioners must be domiciled or recognized in the patient's jurisdiction, unless otherwise expressly permitted as a matter of law.

## 5. Validity of Prescription

The applicant or, if applicable, website shall dispense or offer to dispense prescription drugs only upon receipt of a valid prescription, as defined below, issued by a person authorized to prescribe under applicable laws. A pharmacy must not distribute or offer to distribute, and a practitioner must not prescribe or offer to prescribe, prescriptions or prescription drugs solely on the basis of an online questionnaire or consultation. Such a method is only valid with a pre-existing patient-prescriber relationship that has included a face-to-face physical examination, except as explicitly permitted under applicable telemedicine laws or regulations. A "valid prescription" is one issued pursuant to a legitimate patient-prescriber relationship, which requires the following to have been established: a) The patient has a legitimate medical complaint; b) A face-to-face physical examination adequate to establish the legitimacy of the medical complaint has been performed by the prescribing practitioner, or through a telemedicine practice approved by the appropriate practitioner board; and c) A logical connection exists between the medical complaint, the medical history, and the physical examination and the drug prescribed. This definition of a valid prescription may be modified upon a showing that the prescribing and dispensing of the drug, as well as the location of the patient, all occur or exist within a jurisdiction that has expressly authorized, by statute, regulation, or other applicable law, alternate requirements for a valid prescription.

## 6. Legal Compliance

The applicant must comply with all provisions of applicable laws. For the US, this includes but is not limited to state laws and regulations; the Federal Food, Drug, and Cosmetic Act; and the Federal Controlled Substances Act. In Japan, this includes the yakujiho (薬事法), and so on. Additionally, the website or business must not facilitate the prescribing or dispensing of, or offer to facilitate the prescribing or dispensing of, medications that have not been approved by the US Food and Drug Administration (FDA) or, as applicable, its counterparts in other countries. For countries other than the United States, the website and any dispensing pharmacy must adhere to all applicable pharmacy licensure, drug safety, and supply-chain laws and regulations.

## 7. Privacy

The applicant must adhere to all privacy laws and regulations in the jurisdictions to and from which it offers to ship drugs. For any applicant offering to facilitate the dispensing of drugs to or within the US, the transmission of any information that would be considered Protected Health Information (PHI) under the HIPAA Privacy Rule (45 CFR 164) must occur in accordance with HIPAA requirements, including the use of Secure-Socket Layer or equivalent technology for the transmission of PHI, and for any online





