# EXHIBIT 3

https://www.legitscript.com/certification/healthcare-certification/standards/                                    November 14, 2024, 5:24 p.m. ET



**Exhibit 3**

**Page 1 of 5**



We make sure your patient services or treatment practices are in compliance with applicable laws.

**7. Affiliates**                                                                 —

- A merchant's Affiliates must comply with all program standards. This means any person or entity that exercises control over or participates in the business, including but not limited to, pharmacy, business or medical practice, website, staff, any associated medical personnel, must not be affiliated with or control any other entity that violates these standards.

- Affiliates are any individual, business, or entity who previously, currently, or is expected to have a commercial and/or professional relationship with the applicant organization or its principals. For example, this includes but is not limited to supplying wholesalers, co-owned companies, and partner pharmacies.

**8. Patient Services**                                                           —

- For applicants with an internet presence, the website must display an accurate street address for any dispensing pharmacy or pharmacies. In certain circumstances, pharmacies may post the address for their corporate headquarters. The pharmacy must provide an accurate, readily accessible, and responsive phone number or secure mechanism via the website, allowing patients to contact or consult with a pharmacist regarding complaints or concerns, or in the event of a possible adverse event involving their medication.

- Where required by law, this Standard also requires that practitioners with an internet presence must display an accurate street address and the identity and location of medical practitioners engaged in providing medical care or advice to patients on their website.

**9. Privacy**                                                                    —

- The applicant must adhere to all privacy laws and regulations in the jurisdictions where they serve. For any applicant offering to facilitate the dispensing of drugs to or within the US, the transmission of any information that would be considered Protected Health Information (PHI) under the HIPAA Privacy Rule (45 CFR 164) must occur in accordance with HIPAA requirements, including the use of Secure-Socket Layer or equivalent technology for the transmission of PHI, and for any online transmissions, the applicant's website must display a privacy policy that accords with the requirements of the HIPAA Privacy Rule.

**10. Validity of Prescription**                                                  +

**11. Transparency**                                                              +

Exhibit 3
Page 2 of 5



**LegitScript**          Solutions ∨     Certification ∨     Resources ∨     Company ∨          🔍   Log In          Contact Us ➜

### 9. Privacy     +

### 10. Validity of Prescription     −
- The applicant or, if applicable, website shall dispense or offer to dispense prescription drugs only upon receipt of a valid prescription, as defined below, issued by a person authorized to prescribe under applicable laws. A pharmacy must not distribute or offer to distribute, and a practitioner must not prescribe or offer to prescribe, prescriptions or prescription drugs in a way that violates the laws of the jurisdiction(s) they serve and must comply with all applicable telemedicine laws or regulations. A "valid prescription" is one issued pursuant to a legitimate patient-prescriber relationship as defined by applicable law. This requirement for valid prescriptions is dependent upon a showing that the prescribing and dispensing of the drug, as well as the location of the patient, all occur or exist within a jurisdiction that has expressly authorized, by statute, regulation, or other applicable law, alternate requirements for a valid prescription.

### 11. Transparency     −
- None of the applicant's business practices may engage in practices or extend offers that may deceive or defraud patients or the public in any way, including but not limited to any material detail regarding the pharmacy, pharmacy staff, medical practitioners, prescription drugs, or financial transactions. Failure to provide full and accurate information as requested, in LegitScript's sole discretion, will result in denial. Applicants may undertake reasonable remedial action during the certification process without penalty.

  An applicant's business practices may not pose a reputational risk to LegitScript or the LegitScript Healthcare Certification program.

## Learn More About Becoming Certified

**Exhibit 3**
**Page 3 of 5**



Exhibit 3
Page 4 of 5



Exhibit 3

Page 5 of 5