# EXHIBIT 5

NOTE: It is **strongly recommended** that applicants review our Certification Standards for the full list of standards assessed during review in order to be certified.



# Healthcare Certification Application Checklist

Welcome to the Healthcare Certification application checklist! We are thrilled to accompany you on your journey towards LegitScript Healthcare Certification. Our application checklist is crafted to provide you with a clear understanding of the compliance review process. We believe that achieving certification should be a positive and empowering experience, reflecting your dedication to maintaining the highest standards in healthcare.

As you navigate through the checklist, remember that we are here to help and support you. We highly encourage you to review our Certification Standards, Terms & Conditions, and program FAQs for a comprehensive understanding of our requirements. Any questions that you may have regarding our certification program and review process can be directed to our team at Certification@LegitScript.com.

Thank you for choosing to embark on this journey with us – we look forward to supporting you every step of the way!

## Licensure and Registration

☐ Be sure to include your active Secretary of State filing number on the Business Registration tab.

☐ Are you prepared to provide the active license information for **every** jurisdiction you operate within, including pharmacy, wholesaler, and manufacturer licensure?

☐ Do you act as a broker/host to third parties who carry out telehealth? Please enter applicable license information on the telemedicine tab to include practitioner licenses (i.e., MD, NP and PA license numbers).

 ☐ If you provide telehealth services, please fill out all applicable information within our telemedicine template.

☐ Prescribing/dispensing controlled substances? Please upload a copy of your DEA Certificate(s).

## Legal Compliance

☐ Make sure your website's language and product offerings follow state and/or country-specific laws and regulations.

☐ Subject to discipline within the last 10 years? Please have evidence/documentation to support discipline resolutions. Please reference our Terms & Conditions - IV(d.), for examples of Disciplinary Action.

☐ Ensure your website features a U.S. HIPAA-compliant (or country specific) privacy policy, or have one ready for our review if you do not have an online presence.

**Exhibit 5**
**Page 1 of 2**



## Patient Services

☐ Have you ensured your products and services are up-to-date with regulatory requirements, and that you are not offering prohibited services or impermissible products?

☐ Please ensure advertising claims are in line with current FDA guidelines.

☐ Does your platform facilitate the sale of compounded medications? If so, please complete each applicable tab within our compounding addendum [template](#).

## Transparency

☐ When uploading an image of your domain's Whois information, is the contact information depicted transparent and accurate?

   ☐ Please be sure your privacy protection is removed so the image displays the following Whois information: registrant name, registrant organization (if applicable), registrant address, registrant phone number, and registrant email address.

☐ Are patients on your platform receiving medications in the mail? Please display the address and phone number of the dispensing pharmacy on your website.

☐ Is your website still under development/expecting updates? Please prepare wireframes/screenshots and the expected timeframe of completion.

☐ Please create a test patient account and provide us with a username and password to access your patient/client portal.

## Affiliates

☐ Ensure all affiliates or affiliations with your business are also compliant with our [Certification Standards](#).

   ☐ Affiliates are any individual, business, or entity who previously, currently, or is expected to have a commercial and/or professional relationship with the applicant organization or its principals.

      ☐ Common barriers can include affiliations with the sale of CBD ingestible products, the sale of unapproved drugs ex: impermissible peptides or bulk drug substances, or affiliates with severe disciplinary history.

☐ Remember, all [applicable](#) business models utilized/promoted on the submitted domain must also be certified, per our [Terms & Conditions](#) - VI(d.)

☐ Does your platform promote/link to a third party provider or provider group to perform [telehealth](#)? If so, the promoted URL is required to be certified.

## Partner Pharmacy Requirements

☐ Did you know all partner pharmacies are required to be certified through LegitScript, or be NABP-accredited?

   ☐ A partner pharmacy is defined as a pharmacy utilized by an applying entity to fulfill and dispense prescription medication orders to/for patients of the applying entity.

☐ Have you searched and verified your partner pharmacy's LegitScript certification status [here](#)? Is your partner pharmacy 'Certified' or 'Legitimate'?

   ☐ If yes, great. Please be ready to have the pharmacy representative email us to confirm this affiliation.

   ☐ If not, please confirm they are ready and willing to apply for their own certification.

Questions? Email our team at [Certification@LegitScript.com](mailto:Certification@LegitScript.com)

**Exhibit 5**
**Page 2 of 2**
Healthcare Certification Application Checklist