# EXHIBIT 6

<a>









