# EXHIBIT 8

https://web.archive.org/web/20220220054759/https://www.legitscript.com/certification/healthcare-certification/standards/    WayBack Machine - LegitScript Certification Standards



**Exhibit 8**
**Page 1 of 4**
2/27/2025 at 12:54 p.m. ET

https://web.archive.org/web/20220220054759/https://www.legitscript.com/certification/healthcare-certification/standards/     WayBack Machine - LegitScript Certification Standards



# Healthcare Merchant Certification: Standards

Our healthcare merchant certification process is rigorous and thorough. Here's what we look for.

## Registration & Compliance

Our first step is making sure you are who you say you are and that you have the necessary documentation.

+ **1. Licensure or Registration**

+ **2. Legal Compliance**

+ **3. Domain Name Registration**

+ **4. Applicant Location**

## Internal Practices

We check to see that your affiliates and staff have the required qualifications.

**Exhibit 8**
**Page 2 of 4**
2/27/2025 at 12:54 p.m. ET

https://web.archive.org/web/20220220054759/https://www.legitscript.com/certification/healthcare-certification/standards/    WayBack Machine - LegitScript Certification Standards



Internal Practices

We check to see that your affiliates and staff have the required qualifications.

5. Prior Discipline

6. Affiliates

- The pharmacy, business or medical practice, website, staff, any associated medical personnel, domain name registrant, and any person or entity that exercises control over, or participates in, the business must not be affiliated with or control any other entity that violates these standards. Affiliates are any individual, business, or entity who previously, currently, or is expected to have a commercial and/or professional relationship with the applicant organization or its principals. For example, this includes but is not limited to supplying wholesalers and co-owned companies.

External Practices

We make sure your patient services or treatment practices are in compliance with applicable laws.

**Exhibit 8**
**Page 3 of 4**
2/27/2025 at 12:54 p.m. ET

https://web.archive.org/web/20220220054759/https://www.legitscript.com/certification/healthcare-certification/standards/    WayBack Machine - LegitScript Certification Standards



— 6. Affiliates

- The pharmacy, business or medical practice, website, staff, any associated medical personnel, domain name registrant, and any person or entity that exercises control over, or participates in, the business must not be affiliated with or control any other entity that violates these standards. Affiliates are any individual, business, or entity who previously, currently, or is expected to have a commercial and/or professional relationship with the applicant organization or its principals. For example, this includes but is not limited to supplying wholesalers and co-owned companies.

### External Practices

We make sure your patient services or treatment practices are in compliance with applicable laws.

+ 7. Patient Services

+ 8. Privacy

+ 9. Controlled Substances

+ 10. Validity of Prescription

+ 11. Transparency

ABOUT  |  CONTACT US  |  CAREERS  |  BLOG

Sitemap  |  Terms & Conditions  |  Privacy Policy  |  Disclaimer  |  Accessibility

© 2022 LegitScript LLC. All rights reserved.

**Exhibit 8**
**Page 4 of 4**
2/27/2025 at 12:54 p.m. ET