# EXHIBIT 9

**Subject:** Help with Category of application

**From:** ▮
**Sent:** Monday, January 22, 2024 11:54 AM
**To:** Certification <certification@legitscript.com>
**Subject:** RE: Help with Category of application

▮

**From:** Certification <certification@legitscript.com>
**Sent:** Monday, January 22, 2024 11:51 AM
**To:** ▮
**Subject:** RE: Help with Category of application

Hello ▮,

All of that looks great up until the end there. Unfortunately we do not allowed any of our certified clients to work with Empower Pharmacy.

LegitScript has determined that Empower Pharmacy currently does not meet our Standards for Healthcare Merchants and their website, empowerpharmacy.com, is currently classified by LegitScript as an Unapproved Internet Pharmacy website, see here.

The Unapproved status denotes problems with regulatory compliance, see our Merchant and Website Classifications Guide for more information.

Notably, per our records, Empower Pharmacy and its affiliates have facilitated the sale of drug products that visibly do not meet current regulatory requirements for medicines, including FDA regulatory allowances applicable to compounded drug products. Also, Empower Pharmacy was the subject of an October 2021 Warning Letter by the FDA which mentions that drug products produced by Empower Pharmacy "failed to meet the conditions of section 503B of the FDCA necessary for drugs produced by an outsourcing facility to qualify for exemptions from certain provisions of the FDCA" (see here).

We see also that Empower Pharmacy and its manager are the subject of a visibly unresolved Accusation filed on May 18, 2022 by the California State Board of Pharmacy. This accusation lists a total of 58 causes for discipline that notably concern the safety and regulatory compliance of Empower Pharmacy's compounding practices, see here.

That said, your business model is certainly in-scope for our Healthcare Merchant Certification program as a Category C applicant. I encourage you to apply once you've found a more suitable pharmacy partner!

▮
LegitScript Certification

This message, together with any associated files, is confidential and is intended only for the use of the addressee(s). If you are not the intended recipient, you must not disseminate, copy, distribute, or use the information contained in this message, or any files associated with this message, as this is strictly prohibited and may be illegal. If you have received

this message in error, please notify the sender and delete it from your system. LegitScript accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided. If you are not the intended recipient, be aware that disclosing, copying, distributing or taking any action in reliance on the contents of this information is prohibited. Any views or opinions expressed by an individual within this email are the views and opinions of that individual unless expressed to be otherwise and do not necessarily reflect the views or opinions of LegitScript. LegitScript does not accept liability arising in any way from relying upon such views or opinions.

--------------- Original Message ---------------
**From:**
**Sent:** 1/20/2024 11:22 AM
**To:** certification@legitscript.com
**Subject:** RE: Help with Category of application



**From:** Certification <certification@legitscript.com>
**Sent:** Friday, January 19, 2024 1:16 PM
**To:**
**Subject:** RE: Help with Category of application

Hey ▮,

Yes, generally our analysts work with applicants to ensure they're able to come into compliance whenever there an issue like the ones you've mentioned. We do not frequently deny applications unless applicants are unwilling to come into compliance.

So I can determine whether or not your business is in scope for our Healthcare Merchant Certification program, could you let me know whether or not lookgreatmd.com is providing any telemedicine services that result in the prescription of any prescription-only drugs?

Thank you!

▮

LegitScript Certification

This message, together with any associated files, is confidential and is intended only for the use of the addressee(s). If you are not the intended recipient, you must not disseminate, copy, distribute, or use the information contained in this message, or any files associated with this message, as this is strictly prohibited and may be illegal. If you have received this message in error, please notify the sender and delete it from your system. LegitScript accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided. If you are not the intended recipient, be aware that disclosing, copying, distributing or taking any action in reliance on the contents of this information is prohibited. Any views or opinions expressed by an individual within this email are the views and opinions of that individual unless expressed to be otherwise and do not necessarily reflect the views or opinions of LegitScript. LegitScript does not accept liability arising in any way from relying upon such views or opinions.

--------------- Original Message ---------------
**From:** ███████
**Sent:** 1/19/2024 6:05 AM
**To:** certification@legitscript.com
**Subject:** RE: Help with Category of application

███████

**From:** Certification <certification@legitscript.com>
**Sent:** Friday, January 19, 2024 1:12 AM
**To:** ███████
**Subject:** Help with Category of application

Hey ███,

Thanks for reaching out.

All telemedicine providers are correctly placed into Category C.

Please let me know if you have any further questions!

███████
LegitScript Certification

This message, together with any associated files, is confidential and is intended only for the use of the addressee(s). If you are not the intended recipient, you must not disseminate, copy, distribute, or use the information contained in this message, or any files associated with this message, as this is strictly prohibited and may be illegal. If you have received this message in error, please notify the sender and delete it from your system. LegitScript accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided. If you are not the intended recipient, be aware that disclosing, copying, distributing or taking any action in reliance on the contents of this information is prohibited. Any views or opinions expressed by an individual within this email are the views and opinions of that individual unless expressed to be otherwise and do not necessarily reflect the views or opinions of LegitScript. LegitScript does not accept liability arising in any way from relying upon such views or opinions.

ref:!00D1I02xHJE.!5008W01Hhl76:ref

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

4

**Exhibit 9**
**Page 4 of 4**