# EXHIBIT 12

| | |
|---|---|
| From: | Certification <certification@legitscript.com> |
| Sent: | Monday, June 24, 2024 12:07 PM |
| To: | ▮▮▮▮ |
| Subject: | Re: Empower Clinic Services, L.L.C. dba Empower Pharmacy Initial Review |

**External Email:** This message originated from outside Empower Pharmacy. Please exercise caution before opening attachments, clicking links, replying, or providing information to the sender.

Hello ▮▮▮,

Thank you for your patience, transparency, and diligence, in providing thorough responses and documentation during Empower Pharmacy's review process. After thoroughly reviewing Empower Clinic Services dba Empower Pharmacy documentation, we have determined that your applicant is not currently eligible for certification.

While we appreciate Empower Pharmacy's dedication to improving compliance, we would like the following items to be resolved before being able to move forward with certification:

- All state board of pharmacy consent orders, disciplinary action, and stipulation orders are required to be closed out.
- FDA acknowledgement that the response provided by Empower to the FDA Form 483 is sufficient.
- We require inspection reports (both self-assessment and the assessment performed by the hired inspector) for Q2-Q4.

At this time, we would like to institute a mandatory waiting period of six months from June 24, 2024, ending on December 24, 2024, before you are eligible to reapply. This period is essential to allow adequate time to demonstrate sustained compliance with our Certification Standards.

While you have the option to reapply after December 24, 2024, please note that this does not guarantee certification. Our re-evaluation of all compliance items, and your responses to any additional follow-up questions we may have, are an important part of the application review process. If you reapply for certification *before* the re-eligibility date, your application will be rejected.

Should you have any questions or require further clarification we are here to assist at certification@legitscript.com.

We appreciate your interest in achieving LegitScript Certification and look forward to the possibility of re-evaluating Empower Clinic Services dba Empower Pharmacy in the future, should you choose to reapply.

Warmly,

LegitScript Certification



This message, together with any associated files, is confidential and is intended only for the use of the addressee(s). If you are not the intended recipient, you must not disseminate, copy, distribute, or use the information contained in this message, or any files associated with this message, as this is strictly prohibited and may be illegal. If you have received this message in error, please notify the sender and delete it from your system. LegitScript accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided. If you are not the intended recipient, be aware that disclosing, copying, distributing or taking any action in reliance on the contents of this information is prohibited. Any views or opinions expressed by an individual within this email are the views and opinions of that individual unless expressed to be otherwise and do not necessarily reflect the views or opinions of LegitScript. LegitScript does not accept liability arising in any way from relying upon such views or opinions.

---------------- Original Message ----------------
**From:** ███████████████@empowerpharmacy.com]
**Sent:** 6/12/2024 4:33 PM
**To:** certification@legitscript.com
**Subject:** Re: Empower Clinic Services, L.L.C. dba Empower Pharmacy Initial Review

Hi ████,
Thank you!

Sincerely,
████████████████████████
Office: ████████
Mobile: ████████
**Empower Pharmacy** *Expanding Access.*

CONFIDENTIAL INFORMATION
This transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you. Alternatively, notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

---

**From:** Certification <certification@legitscript.com>
**Sent:** Wednesday, June 12, 2024 17:49
**To:** ███████████████@empowerpharmacy.com>
**Subject:** RE: Empower Clinic Services, L.L.C. dba Empower Pharmacy Initial Review

> **External Email:** This message originated from outside Empower Pharmacy. Please exercise caution before opening attachments, clicking links, replying, or providing information to the sender.

Hello 

We just wanted to reach out and let you know we are still reviewing the documentation you provided, and will be in touch. Thank you!

Best,

LegitScript Certification

This message, together with any associated files, is confidential and is intended only for the use of the addressee(s). If you are not the intended recipient, you must not disseminate, copy, distribute, or use the information contained in this message, or any files associated with this message, as this is strictly prohibited and may be illegal. If you have received this message in error, please notify the sender and delete it from your system. LegitScript accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided. If you are not the intended recipient, be aware that disclosing, copying, distributing or taking any action in reliance on the contents of this information is prohibited. Any views or opinions expressed by an individual within this email are the views and opinions of that individual unless expressed to be otherwise and do not necessarily reflect the views or opinions of LegitScript. LegitScript does not accept liability arising in any way from relying upon such views or opinions.

--------------- Original Message ---------------
**From:** @empowerpharmacy.com]
**Sent:** 6/5/2024 4:10 PM
**To:** certification@legitscript.com
**Subject:** RE: Empower Clinic Services, L.L.C. dba Empower Pharmacy Initial Review

Hi ,

Thank you!

Sincerely,


Office:
Mobile:
**Empower Pharmacy** Expanding Access.

CONFIDENTIAL INFORMATION
This transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you. Alternatively, notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.