# EXHIBIT 13

# LegitScript Healthcare Certification

Primer

**Exhibit 13**
**Page 1 of 32**

LegitScript

# Healthcare Certification

## Primer

**1** LegitScript Certification: Recognized For More Than a Decade    3

**2** Who Qualifies for Certification    4

**3** Benefits of Certification    6

**4** Cost of Certification    7

**5** Certification Standards    8

**6** Application Process    13

**7** Healthcare Questionnaire    16

**8** Frequently Asked Questions    25

**Exhibit 13**
**Page 2 of 32**



# LegitScript Certification: Recognized For More Than a Decade

LegitScript was founded in 2007 to create a safer and more transparent commercial internet. From the outset, we offered a solution for certifying and classifying internet pharmacies, many of which were operating with blatant disregard for the law and endangering the public. We began partnering with major platforms in the e-commerce and payments spaces to help them mitigate risk and keep their platforms and merchants clean.

In 2008, LegitScript launched Healthcare Merchant Certification, the first endorsed by The National Association of Boards of Pharmacy. For more than a decade now, our certification program for pharmacies, telemedicine companies, and other healthcare-related businesses has provided a recognized stamp of approval for the internet and payments companies that do business with these healthcare companies. Many banks, advertising programs, social media platforms, and e-commerce websites require certification from a recognized organization like LegitScript to support a merchant account. Our certification is recognized by Visa, Mastercard, Google, Microsoft, Facebook, TikTok, and others.

**Exhibit 13**
**Page 3 of 32**

# Who Qualifies for Certification

LegitScript Certification is open to a variety of healthcare-related businesses worldwide. This includes:

- **Pharmacies** including internet pharmacies, mail-order pharmacies, brick-and-mortar pharmacies, local pharmacies with remote dispensing, internet veterinary pharmacies, and sterile compounding pharmacies.

- **Telemedicine** and **telehealth** providers that facilitate prescribing.

- **Supply chain businesses** including pharmaceutical manufacturers, wholesalers, and distributors.

- Other **healthcare merchants** such as prescription eyeglass and contact lens merchants, price comparison websites/apps, and discount pharmacy websites/apps.

If you have questions about your eligibility, contact us at [certification@legitscript.com](mailto:certification@legitscript.com) to see if you qualify.

**Exhibit 13**
**Page 4 of 32**

Who Qualifies for Certification



> **We are a new service, so LegitScript Certification helped build trust with our customers and got us approved as advertisers on Google, Meta (Facebook), Taboola, and others. Without it, we would not be able to advertise on those platforms.**
>
> **Frank Westermann, Co-Founder and Co-CEO, 9am.health**

**Exhibit 13**Who Qualifies for Certification    5
**Page 5 of 32**

# Benefits of Certification

## Adhere to Credit Card Requirements

Visa and Mastercard require all pharmacies and telemedicine providers that process card-not-present transactions to be certified and monitored by an approved certification organization, such as LegitScript.

## Participate in Online Advertising

Grow your business by promoting your company online. LegitScript Certification is recognized by major internet platforms, including Google, Microsoft Bing, Facebook, and TikTok.

## Gain Patient Trust

Let patients know that you operate safely and legally. Once you receive LegitScript Certification, you'll be searchable on our website as LegitScript-certified. LegitScript's website verification tool is used by patients around the world to determine who they can trust. We encourage you to use the LegitScript seal on your website to show visitors your business has been rigorously vetted.

## Improve Regulatory Compliance

Operate under applicable laws and regulations. LegitScript's expertise helps applicants identify and correct inadvertent errors in compliance with pharmacy and telemedicine regulations. There's also no need for additional domain name expenses. Simply pay an application fee and an annual monitoring fee to maintain your LegitScript-certified status.

**Exhibit 13**
**Page 6 of 32**

Benefits of Certification



# Cost of Certification

Pricing for Healthcare Certification consists of a one-time application fee and annual certification fee per website.

| One-time Application Fee Per Website** | Annual Fee Per Website*** |
| :---: | :---: |
| $975 | $2,150 |

We will review and certify the domain that you specify you are submitting for certification.  If you operate multiple healthcare websites, each website you would like to have certified requires an application and annual certification fee. Please note that all websites you operate must be disclosed as part of your application.

** The application fee is nonrefundable.
*** Annual certification fees will be applicable upon certification.

**Exhibit 13**
**Page 7 of 32**

# Certification Standards

LegitScript has 11 standards for certification that fit into one of three categories: registration and compliance, internal practices, and external practices. Our process includes unique standards that showcase our expert analysis and help to identify problematic affiliations.

## Registration and Compliance

Our first step is making sure you are who you say you are and that you have the necessary documentation.

1. **Licensure or Registration**
   Merchants must be adequately licensed for the services they offer. For example, if facilitating prescribing or dispensing, the applicant must only facilitate the dispensing or prescribing of drugs by pharmacies or medical practitioners that are licensed or registered in good standing to operate a pharmacy or engage in the practice of pharmacy or medicine in all required jurisdictions. This includes the jurisdiction from which the drugs are dispensed or prescribed and the jurisdiction to which the drugs are offered to be shipped and the patient's jurisdiction, except in circumstances allowed by law.

2. **Legal Compliance**
   The applicant must comply with all provisions of applicable laws. For the US, this includes but is not limited to state laws and regulations; the Federal Food, Drug, and Cosmetic Act; and the Federal Controlled Substances Act. Additionally, the website or business must not facilitate the prescribing or dispensing of, or offer to facilitate the prescribing or dispensing of, medications that have not been approved by the regulatory body in that jurisdiction or are otherwise exempt from approval. The applicant's website and any dispensing pharmacy must adhere to all applicable pharmacy licensure, drug safety, and supply-chain laws and regulations. This Standard also requires that practitioners with an internet presence must display an accurate street address and the identity and location of medical practitioners engaged in providing medical care or advice to patients on their website, where required by law.

**Exhibit 13**
**Page 8 of 32**

3. **Domain Name Registration**
   For applicants with a website, the domain name registration information of the website must be accurate, and the domain name registrant must have a logical nexus to the applicant's business, such as the dispensing pharmacy or medical practice. Websites utilizing anonymous domain name registration services will not be eligible for approval. This Standard may be met by making the domain name registration information public, acquiring and maintaining a valid EVSSL certificate, or providing to LegitScript adequate documentation showing the domain name registration information for your website.

4. **Applicant Location**
   All pharmacies that dispense drugs on behalf of the website must be domiciled in the country to which the website offers to ship drugs, except where reciprocity exists, drug importation is expressly permitted as a matter of law, or other legal authority permits or does not require the pharmacy to be domiciled in the jurisdiction. Medical practitioners must be domiciled or recognized in the patient's jurisdiction, unless otherwise expressly permitted as a matter of law. Shipping drugs or providing telemedicine internationally is generally problematic

## Internal Practices

We check to see that your affiliates and staff have the required qualifications.

5. **Prior Discipline**
   The applicant, including any manufacturer, wholesaler, pharmacy, its pharmacists, and any medical practitioner associated with the website or business must not have been subject to significant recent and/or repeated disciplinary sanctions, warning letters, or similar regulatory action.

**Exhibit 13**
**Page 9 of 32**



**If your goal is to deliver incredible care experiences and you want potential customers to know that you take their needs seriously, LegitScript certification is simply the best way to do that.**

Steven Gutentag, Co-Founder, Thirty Madison

**Exhibit 13**
**Page 10 of 32**

Certification Standards

6.  **Affiliates**
    The pharmacy, business or medical practice, website, staff, any associated medical personnel, domain name registrant, and any person or entity that exercises control over, or participates in, the business must not be affiliated with or control any other entity that violates these standards. Affiliates are any individual, business, or entity who previously, currently, or is expected to have a commercial and/or professional relationship with the applicant organization or its principals. For example, this includes but is not limited to supplying wholesalers and co-owned companies.

## External Practices

We make sure your patient services or treatment practices are in compliance with applicable laws.

7.  **Patient Services**
    For applicants with an internet presence, the website must display an accurate street address for any dispensing pharmacy or pharmacies. The pharmacy must provide an accurate, readily accessible, and responsive phone number or secure mechanism via the website, allowing patients to contact or consult with a pharmacist regarding complaints or concerns, or in the event of a possible adverse event involving their medication. This requirement may be modified to permit the listing of a pharmacy's or medical clinic's corporate headquarters, but only in cases in which the pharmacy or medical business has multiple dispensing pharmacies or outlets, or in cases in which the corporate headquarters' address is listed with the applicable government agency that licenses and regulates the pharmacy.

8.  **Privacy**
    The applicant must adhere to all privacy laws and regulations in the jurisdictions where they serve. For any applicant offering to facilitate the dispensing of drugs to or within the US, the transmission of any information that would be considered Protected Health Information (PHI) under the HIPAA Privacy Rule (45 CFR 164) must occur in accordance with HIPAA requirements, including the use of Secure-Socket Layer or equivalent technology for the transmission of PHI, and for any online transmissions, the applicant's website must display a privacy policy that accords with the requirements of the HIPAA Privacy Rule.

9.  **Controlled Substances**
    Laws governing controlled substances vary by country. The applicant must be in compliance with all applicable laws and regulations for controlled substances. For example, any dispensing pharmacy or prescribing practitioner, if dispensing or prescribing controlled substances to US residents, must be registered with the US Drug Enforcement Administration (DEA), and must be in compliance with DEA rules and regulations.

10. **Validity of Prescription**
    The applicant or, if applicable, website shall dispense or offer to dispense prescription drugs only upon receipt of a valid prescription, as defined below, issued by a person authorized to prescribe under applicable laws. A pharmacy must not distribute or offer to distribute, and a practitioner must not prescribe or offer to prescribe, prescriptions or prescription drugs in a way that violates the laws of the jurisdiction(s) they serve and must comply with all applicable telemedicine laws or regulations. A "valid prescription" is one issued pursuant to a legitimate patient-prescriber relationship as defined by applicable law. This requirement for valid prescriptions is dependent upon a showing that the prescribing and dispensing of the drug, as well as the location of the patient, all occur or exist within a jurisdiction that has expressly authorized, by statute, regulation, or other applicable law, alternate requirements for a valid prescription.

11. **Transparency**
    None of the applicant's business practices may engage in practices or extend offers that may deceive or defraud patients or the public in any way, including but not limited to any material detail regarding the pharmacy, pharmacy staff, medical practitioners, prescription drugs, or financial transactions. Failure to provide full and accurate information as requested, in LegitScript's sole discretion, will result in denial. Applicants may undertake reasonable remedial action during the certification process without penalty.

**Exhibit 13**
**Page 12 of 32**



# Application Process

When you apply for Healthcare Merchant Certification with LegitScript, you'll be asked to answer questions and provide documentation that demonstrates your compliance with all applicable laws and regulations. We don't cut corners on our process because we're dedicated to helping legitimate healthcare businesses stand out from counterfeiters and earn the trust of prospective customers. Here's how to apply:

1. **Create an account.**
   Go to my.legitscript.com to create an account and enter in your contact information. Once you've set up an account, you'll be ready to proceed.

2. **Start a new certification and pay for your application review.**
   Before completing the questionnaire, you'll pay the fee for the application review. You will not need to pay the annual subscription fee until after you have been certified. See pricing in the previous section.

3. **Complete the questionnaire.**
   You can save your progress and return to the questionnaire at your convenience. See the following section to preview the questionnaire.

4. **Clarify and remediate.**
   As our analysts review your application, they may reach out to you with questions or requests for additional information. They may also highlight areas of minor noncompliance that you'll need to remediate before receiving certification. By responding quickly to these requests, you can help streamline the review process.

5. **Pay your subscription fee.**
   Once your application has been approved, you'll need to pay the annual subscription fee to finalize the process and be fully certified.

**Exhibit 13**
**Page 13 of 32**

## Tips to Expedite the Process

■ **Start as soon as possible.** Once you have decided to apply for LegitScript Certification, complete the application as soon as you are able. Applications are reviewed in the order they have been received.

■ **Have your documents and information ready.** Having the necessary information will help you move through the questionnaire quickly. Your questionnaire must be complete before review begins. Please see this application overview for the questions you'll need to answer and the documents you'll need to provide.

■ **Be thorough.** Although you want to complete your application quickly, it is more important to be thorough and transparent. This will prevent time-consuming, back-and-forth conversation between you and LegitScript's analysts.

■ **Respond promptly.** If LegitScript analysts need additional information or request remediation, respond fully as promptly as possible. We are unable to advance your application until all requested information is provided and/or the necessary changes are made.

■ **Pay promptly.** You must pay the application and subscription fees to complete the certification process.

Particularly pressed for time? LegitScript offers an option for an **expedited processing service** for applicants wanting to expedite the start of their application review. Write to us at [certification@legitscript.com](mailto:certification@legitscript.com) for more information.

**Exhibit 13**
**Page 14 of 32**



" LegitScript is a symbol of trust. They only work with organizations that have ensured patients receive the highest quality of care. It was important for us to become LegitScript certified and a member of this select group of online providers to let patients know they are in great hands with Roman. "

**Zachariah Reitano, Founder, Roman Health**

**Exhibit 13
Page 15 of 32**

# Healthcare Questionnaire

These are the questions that merchants are required to answer when applying for LegitScript Healthcare Certification. They vary based on the type of applicant, so you may not be required to answer all of them.

## Business Information

- What is your primary motivation to become LegitScript-certified?
- Does your business process card-not-present (CNP) transactions? CNP transactions are transactions in which the physical card is not present. This is sometimes also referred to as "mobile order/telephone order," or "MOTO."
- Please provide the name of each bank or payment provider through which your company has a merchant account.
- Please provide any merchant billing descriptor(s) your company uses. A merchant billing descriptor is the name your company shows up as on credit card statements.
- How long has your company been in business?
- How would you describe your company? (You will select one or more preset options in the questionnaire.)
- Please provide a short description of your business model.
- If your business opened a new location, closed a location, changed its business name or phone number, or changed its corporate registration within the last five years, please list all previous locations, business names, phone numbers, and corporate registrations.
- If you have a National Provider Identifier (NPI), please list it.

**Exhibit 13**
**Page 16 of 32**

Healthcare Questionnaire



## Licensure or Registration

■ If your business currently holds, plans to obtain, or canceled, or has lost any additional accreditation besides LegitScript certification, please provide a list and the status of each additional accreditation. Examples: VIPPS, .Pharmacy, VAWD, PCAB, URAC, etc. For each accreditation that you have lost, please clarify why.

■ Please upload a spreadsheet (from the provided template) with an overview of licensing or registration info that may include:

  ■ All jurisdictions your company ships, distributes, or provides services to. Please include all states, territories, provinces, and international jurisdictions as applicable.

  ■ All corporate registrations held by your company. Please include corporate registration numbers for all jurisdictions in which your company holds a corporate registration.

  ■ For telemedicine providers, please include all physician, pharmacy, and pharmacist licensure as applicable.

  ■ If applicable: all pharmacy and pharmacist licensure. Please include each pharmacy's name, address, and resident and non-resident license number with expiration dates. Also include each pharmacy's corresponding PIC and the PIC's licensure information with expiration dates.

  ■ If applicable: all wholesaler licensure information for wholesalers that supply drugs to your company. Please submit license numbers for these wholesalers that show they are licensed to supply drugs to the jurisdiction in which your company is located.

  ■ If applicable: DEA registration number (or equivalent controlled substances registration in other jurisdictions).

  ■ If applicable: all physician licensure. Please include each physician's name, all jurisdictions the physician provides consultations in on behalf of your company, resident and non-resident licensure numbers and expiration dates.



> **Most people are now accessing information online, and through [LegitScript Certification], our company is using targeted marketing on online and digital spaces to reach our target audience.**

**Tony Wood, Managing Director, MYDAWA**

**Exhibit 13**
**Page 18 of 32**

Healthcare Questionnaire



- If applicable: all wholesaler licensure information owned by your company. Please include each facility's name, address, and resident and non-resident license numbers with expiration dates. Also, please include your DEA number, and indicate whether your company is VAWD accredited.

- If you ever had a license, certification, or accreditation application denied, please describe the circumstances.

## Validity of Prescriptions (For Pharmacies Only)

- How can prescribers submit new prescriptions to your pharmacy?
- How can patients deliver new prescription orders to your pharmacy?
- How are patients able to receive their prescription medications from your pharmacy?

## Compounding Addendum (For Compounding Pharmacies Only)

- Please estimate what percentage of your total prescription volume consists of non-sterile compounded medication.
- Please estimate what percentage of your total prescription volume consists of sterile compounded medication.
- If your pharmacy does sterile compounding, do you strictly comply with all USP 797 standards?
- If your pharmacy does non-sterile compounding, do you comply with all USP 795 standards?
- Does your pharmacy have written standard operating procedures (SOPs) in place for all compounding activities that are reviewed annually?
- Please provide a list of your top 10 sterile and top 10 non-sterile compounds that you prepare, as applicable, and the indication that each is most commonly used for.
- If the pharmacy uses published information or stability studies to establish the preparations' beyond-use dating, what sources are used?
- Please provide examples of the quality assurance and continuous quality improvement programs that you have in place to ensure the integrity of your compounded products.

**Exhibit 13**
**Page 19 of 32**

- If your pharmacy contracts with an independent lab for analyzing sterility and potency of compounds, which lab do you use and how frequently do you have batches tested for potency and/or sterility?
- What steps does your pharmacy take if a batch of medication is found to have sub-therapeutic potency or is not sterile?
- What methods are used to assess compounding competency, and is training documented (i.e., Gro-Med, broth samples, direct observation)? How often do you re-test your staff?
- Does your pharmacy prepare and ship non-patient-specific compounded prescription medications to another state?
- Please estimate what percentage of your prescription volume consists of non- patient-specific prescription medication prepared for in-state practitioners/ clinics and what percentage of your prescription volume consists of non-patient-specific prescription medications that are shipped out of state.
- Are you registered as a 503b outsourcing facility with the FDA?
- If your pharmacy contracts with another facility to compound products that are dispensed by your pharmacy, please provide the name, address, and license number of the compounding pharmacy with which you contract.
- If you compound products to be sold over-the-counter, please provide a list.
- If there have been any product recalls or negative patient outcomes related to your compounded products that were reported to your pharmacy in the past year, please describe the incident, as well as any corrective action your pharmacy took.
- If your pharmacy has a policy and procedure for handling patient-reported adverse drug events related to compounded products, please attach it.
- Do you have a process in place to identify all patients that received a recalled medication or API (active pharmaceutical ingredient)?

**Exhibit 13**
**Page 20 of 32**

■ If you have been inspected by the FDA, DEA, or other federal regulating body within the past five years, please provide details regarding the visit and any findings they had. Please include any actions you took in response to the audit and any written follow-up or corrective action documentation that you submitted to the auditing entity.

■ If you are a 503A compounding pharmacy, are you ensuring that you are only compounding using bulk drug substances that are components of FDA-approved drug products, the subject of an applicable USP or NF monograph or on the 503A bulk drug substance list?

## Patient Services (For Pharmacies and Telemedicine Providers)

■ For pharmacies and telemedicine providers with an internet presence: Does your website display accurate names and contact information for the dispensing pharmacy, pharmacist, or physician(s) engaged in providing medical care?

■ For telemedicine providers only: Do you offer a method for patients to contact the physician who prescribed the drug?

■ For pharmacies and telemedicine providers: Please upload an image of a sample patient's prescription label showing the pharmacy's contact information.

■ For telemedicine providers only: Are the identity and credentials of the prescribing physician disclosed to the patient prior to the provision of care?

■ For telemedicine providers only: Please upload a spreadsheet (from the provided template) to help us understand how your telemedicine practice complies with applicable laws and regulations.

   ■ List every jurisdiction where you provide telemedicine services, including both individual US states and/or countries, as applicable.

■ Cite laws and regulations and explain how your telemedicine services comply with the specific laws and regulations of each jurisdiction as they relate to, including but not limited to:

   ■ Establishing patient-practitioner relationship

   ■ Patient identification

**Exhibit 13**    Healthcare Questionnaire    21
**Page 21 of 32**

- Patient consent
- Online prescribing
- Medical records / HIPAA
- If you offer your customers a mobile app, please list all corresponding app store links.

## Controlled Substances

- If your company dispenses, administers, distributes, or manufactures controlled substances, please describe how your company's operating procedures address and minimize the diversion of controlled substances.

## Audits and Inspections

- Please upload any available audits or inspections for your company by pharmacy and drug safety regulators, including but not limited to, Boards of Pharmacy, Medical Boards, FDA, DEA, Joint Commission, DNV, etc. for the last five years. Please include any actions you took in response to the audit and any written follow-up or corrective action documentation that you submitted to the auditing entity.

## Prior Discipline

- If your company, officers, or employees, including any manufacturer, wholesaler, pharmacy, its pharmacists, and any medical practitioner associated with your company, has been the subject of disciplinary action within the last five years, please describe the events related to the discipline and any corrective actions that have been put in place. Also, please upload any relevant documents. Disciplinary action is defined as any adverse or potentially adverse government or regulatory action related to an applicant's license(s); the dispensing, prescribing, promotion, or distribution of drugs; or the company or its officers. Disciplinary action shall be interpreted broadly and includes suspensions, probationary statuses, reprimands, warning letters, consent agreements, and any other similar regulatory communication from any regulatory agency.

**Exhibit 13**
**Page 22 of 32**

Healthcare Questionnaire

**LegitScript**

- If your company has been subject to any fine or reprimand with regard to financial transaction within the last five years, including fines from the payments industry (e.g., Visa GBPP or Mastercard BRAM fines), or fines from regulators with regard to financial transactions (e.g., wire fraud), please describe the events related to the fine or reprimand and any corrective actions that have been put in place. Please also upload any relevant documents.

## Location Information

- If your company directly imports medication, please give a representative sample of the medications that are directly imported. Please also include the name, address and website for the company that supplies the medications.

## Affiliate Information

- If your pharmacy acts as the contracted dispensing pharmacy for any other company, please provide the name, address, and website for each company.

- Please provide a list of your principals and officers.

- Please list all domain names that are owned or operated by your company or any of its principals. Please note: Failure to provide all domain names will result in a delay of your application.

- Please list all websites you would like to be considered for LegitScript Certification. Note: certification fees are assessed per website. The LegitScript Certification Team will reach out to you if billing adjustments are required.

## Domain Name Registration

- Do any of your domain names use a privacy-protected domain name registration? If so, please remove the privacy protection and make all domain name registrations transparent to avoid processing delays of your application.

- Please list the names and URLs of any entities that produce content for your website.

- If your business has any agreements where a party is compensated for referring business to your company, please provide the name of the party or affiliate network, and a URL if applicable. Example: Your company is associated with an affiliate marketing network.

## Transparency

- If your primary website is currently under construction or in a stage of development in which you anticipate significant changes in the near future, please describe when you anticipate the changes to be completed and when LegitScript will be able to review a version of this website before it is published. Please note: LegitScript cannot certify a website that is under construction or in an unfinished form, and this will delay the application process.
- If your website features an area where a patient or other user must sign in, please provide any necessary credentials LegitScript will need to access it.

## Privacy

- Does your website transmit protected health information, as defined by HIPAA?
- If your Privacy Statement is available online, please provide a link to this document.

**Exhibit 13**
**Page 24 of 32**

Healthcare Questionnaire

# Frequently Asked Questions

LegitScript Healthcare Merchant Certification is a powerful way to ensure that your business is operating in compliance with applicable laws and regulations. It's also a necessary part of the approval process for conducting card-not-present transactions with Visa and Mastercard and for advertising on Google and Bing.

Here are some Frequently Asked Questions about our process and services.

## Benefits & Standards

### Why do healthcare merchants need to be certified?

Major credit card networks such as Visa require certification for pharmacy merchants and telemedicine providers. Additionally, many payment service providers require merchants operating in healthcare industries to be certified to obtain a merchant account. LegitScript Certification is known throughout the payments industry and is recognized by both Visa and Mastercard.

### What are the benefits of being LegitScript-certified?

LegitScript Certification helps ensure that merchants can fully participate in online advertising, e-commerce, and payment processing programs. Major credit card networks, such as Visa and Mastercard, make certification mandatory for pharmacy merchants. Without certification from an industry-recognized certifier such as LegitScript, many banks, advertising programs, social media platforms, and e-commerce websites will suspend or terminate your account.

### Will the merchant account still be classified as high-risk?

All merchants with Merchant Category Codes related to drugs and pharmacies (MCCs 5122 and 5912) that process card-not-present (CNP) transactions are always designated high-risk. However, healthcare merchants

**Exhibit 13**  Frequently Asked Questions     25
**Page 25 of 32**

that have been LegitScript-certified may not be required to pay the annual high-risk fee associated with this classification, resulting in regular, yearly savings.

**What are the standards for certification?**

The Healthcare Merchant Certification program looks at 11 standards that cover areas such as compliance, transparency, business affiliations, and patient best practices. Please review the Certification Standards section of this primer for more information.

**Can international healthcare providers apply for certification?**

Yes, our certification program covers most countries around the world. LegitScript has expert policy analysts who are native speakers of more than 15 languages. Contact us at certification@legitscript.com for more information about how our certification program can serve your international business.

**What are your terms and conditions?**

You can read our full terms and conditions here.

## Application Process

**How does the Healthcare Merchant Certification process work?**

Applicants create an account at my.legitscript.com and pay the application fee, then fill out the application and include supporting documentation. Required documents may vary based on the nature of your business. Once you have completed the application, LegitScript's expert analysts review your application against our Certification Standards.

During the review, analysts may have questions about the application or need additional documentation. There may be areas of minor noncompliance that applicants must remediate before receiving certification. Once certified, applicants receive instructions for displaying a unique seal on their website and can begin taking advantage of the benefits of certification.

**Exhibit 13**
**Page 26 of 32**



**"** **LegitScript certification is not only an industry standard, but it is also quickly becoming a disqualifying factor for many buyers. Websites without proper compliance are continually passed over for those that are. ... If we would've applied for the LegitScript Certification sooner, it would've opened more doors.** **"**

**Kyle Rao, President, Secure Medical**

**Exhibit 13** Frequently Asked Questions    27
**Page 27 of 32**

### How long will the Healthcare Merchant Certification process take?

The length of time it takes to complete a review depends on the order in which an application has been received, the complexity of the application, applicant responsiveness, and the sufficiency and transparency of the answers provided. Because each application review is unique, we are unable to give time estimates.

### Does my website need to be complete for your review?

In most cases, wireframe or demonstration websites can be acceptable to start our review process. We ask that you inform the Certification Team when your website goes live so we can perform a final review; however, this typically does not affect the certification status.

### What if I have multiple websites?

By default, we review and certify the primary website for your business. If you operate additional healthcare websites that offer or promote significantly different products or services, you would need to submit additional applications for these websites. Please note that all websites you operate must be submitted as part of your application. Failure to include websites related to the business may result in a delay in processing your application.

### Who can I speak to about my application?

If you have questions or concerns about an application that you have already submitted, you can contact us at certification@legitscript.com. Our customer success team responds to queries in the order they are received. We're happy to give general information and also help answer questions about supporting documentation; however, we are unable to give estimates regarding the timeline of any application's review. Please check your spam folder in case any email communication has been filtered by your email provider.

### How do I know the status of my application?

You can log into your account at my.legitscript.com to access application information, update billing information, add new users, or start a new certification application.

**Exhibit 13**
**Page 28 of 32**

## Pricing

### How does pricing work?

LegitScript Healthcare Merchant Certification pricing has three tiers, which are differentiated by the level of complexity in reviewing and monitoring the applicant. Pricing depends in part on the number of jurisdictions into which you ship, dispensing locations you have, and licenses you have. See the pricing section of this primer for more information.

## Certified Websites

### Is there ongoing monitoring of compliance with the certification standards?

LegitScript performs ongoing monitoring throughout a healthcare provider's certification period to ensure compliance. The LegitScript seal shows your website as certified and reflects ongoing monitoring.

### Are certified websites required to use the LegitScript seal?

Certified healthcare providers are encouraged to display their custom LegitScript seal on their website, but they are not required to do so. The LegitScript seal uses custom code to display the date, which shows customers that you are current and active in your certification.

### What happens when a website is reported through LegitScript's reporting function?

We take website reporting seriously and make reasonable attempts to investigate the veracity of the claims. If we determine that a company needs to be reported to the appropriate authorities, we promptly do so. If you see a potentially problematic website, we encourage you to report it at legitscript.com/report-a-website.

**Exhibit 13**
**Page 30 of 32**    Frequently Asked Questions





# About LegitScript

LegitScript has been leading the charge for a safer, more transparent internet and payments ecosystem for more than a decade — combining technology and data with a team of human experts skilled in monitoring, certification, and investigations. LegitScript's broad and deep view across the entire commercial internet provides unique insights from all industries and angles, allowing businesses to evaluate, manage, and mitigate risk. That's why LegitScript is trusted by the world's largest internet platforms, payments companies, and regulatory agencies. For more information, visit legitscript.com.

## Contact Us

Phone: 1-877-534-4879
Web: **legitscript.com/contact**

## Keep Up to Date

Newsletter: **legitscript.com/newsletter**
Blog: **legitscript.com/blog**
Twitter: **@legitscript**

CHM-CE148-PRE-03                                                    Copyrights © 2023 LegitScript. All Rights Reserved.

**Exhibit 13**
**Page 32 of 32**