# EXHIBIT 16

 

Home (https://www.legitscript.com/) / About Us (https://www.legitscript.com/about/) / Our Customers

ABOUT US

# Our Customers

We help our customers stay ahead of problematic activity through our unique combination of technology, data and expertise.

Get In Touch(/Contact/)

Exhibit 16
Page 1 of 4



## Helping Our Customers Bring Safety and Transparency to the Commercial Internet

The world's leading internet platforms, marketplaces, payments companies, and federal agencies trust LegitScript.

    

    

    

    

  

> Even if the requirement were to be dropped from Google, Meta, or Microsoft — we would still continue our LegitScript certification.
>
> IARC CO-FOUNDER SHANE LEONARD

Read the Case Study (/customers/iarc/)

**Exhibit 16**
**Page 2 of 4**



## Become a LegitScript Customer

Learn how LegitScript's best-in-class solutions can help you mitigate your risk, build trust, and grow your business.

Get In Touch (/Contact/)

**Subscribe for updates**
Stay on top of the latest resources, news and announcements

Sign up (/newsletter/)

Search...    Search

---

**Solutions (/solutions/)**

Merchant Risk Solutions (/solutions/merchant-risk-solutions/)

Marketplace Monitoring (/solutions/marketplace-monitoring/)

Ad Monitoring (/solutions/ad-monitoring/)

Website Change Detection (/solutions/fluxguard/)

Compliance Solutions (/solutions/compliance-solutions/)

**Certification (/certification/)**

Addiction Treatment (/certification/addiction-treatment-certification/)

Healthcare (/certification/healthcare-certification/)

CBD (/certification/cbd-certification/)

Strategic Partners (/certification/strategic-partners/)

Website Certification Status (/websites/)

**Industries**

Payment Facilitators & ISOs (/solutions/payment-facilitators-isos/)

Acquiring Banks (/solutions/acquiring-banks/)

E-commerce Marketplaces (/solutions/e-commerce-marketplaces/)

Search Engines (/solutions/search-engines/)

Social Platforms (/solutions/social-platforms/)

Addiction Treatment (/certification/addiction-treatment-certification/)

Healthcare (/certification/healthcare-certification/)

CBD (/certification/cbd-certification/)

**Resources (/resources/)**

Blog (/resources/blog/)

Webinars (/resources/webinars/)

Videos (/resources/videos/)

Guides (/resources/downloadable-guides/)

Check & Report (/resources/check-report/)

**Company**

Contact Us (/contact/)

About Us (/about/)

Customers (/about/our-customers/)

Leadership (/about/leadership-team/)

Careers (/about/careers/)

Partners (/about/partners/)

Press (/about/press/)

---

Privacy Policy (/privacy-policy/)    Terms & Conditions (/terms-conditions/)

© 2025 LegitScript. All Rights Reserved.

(https://www.linkedin.com/company/legitscript-com)

(https://www.youtube.com/channel/UCukJs2mceFgdD1O6PA...)

Do Not Sell or Share My Personal Information

Exhibit 16
Page 3 of 4



(/about/so
(/about/so
(/about/so
(/about/so

Exhibit 16
Page 4 of 4