Timothy W. Snider, OSB No. 034577
timothy.snider@stoel.com
Alexandra Choi Giza, OSB No. 214485
alexandra.giza@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Susannah Torpey (*pro hac vice* forthcoming)
STorpey@winston.com
Rebecca Ou (*pro hac vice* forthcoming)
ROu@winston.com
Ye Eun Park (*pro hac vice* forthcoming)
YPark@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone:  212.294.6700
Facsimile:  212.294.4700

*Attorneys for Plaintiff Empower Clinic Services, L.L.C.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| EMPOWER CLINIC SERVICES, L.L.C.,<br><br>    *Plaintiff*,<br><br>v.<br><br>LEGITSCRIPT L.L.C.,<br><br>    *Defendant*. | Case No.: 3:25-cv-00514<br><br>PLAINTIFF EMPOWER CLINIC SERVICES, L.L.C.'S CORPORATE DISCLOSURE STATEMENT |

Page 1 – PLAINTIFF EMPOWER CLINIC SERVICES, L.L.C.'S CORPORATE DISCLOSURE
         STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Empower Clinic Services, L.L.C., doing business as Empower Pharmacy and Empower Pharma ("Empower"), states that it has no parent corporation and no publicly-traded company owns 10% or more of Empower. Empower further states that the following individuals and entities are its members:

- SN Trust, a traditional trust, the trustee of which is Mr. Arta Shaun Noorian, who is a citizen of Texas; and

- EWS Gift Trust, a traditional trust, the trustee of which is Bessemer Trust Company, N.A., a national banking association that is a citizen of New York, where its main office is located.

Dated: March 26, 2025                    Respectfully submitted,

STOEL RIVES LLP

*s/Timothy W. Snider*
Timothy W. Snider, OSB No. 034577
timothy.snider@stoel.com
Alexandra Choi Giza, OSB No. 214485
alexandra.giza@stoel.com
Tel: 503.224.3380

and

WINSTON & STRAWN LLP
Susannah Torpey (*pro hac vice* forthcoming)
STorpey@winston.com
Rebecca Ou (*pro hac vice* forthcoming)
ROu@winston.com
Ye Eun Park (*pro hac vice* forthcoming)
YPark@winston.com
Tel: 212.294.6700

*Attorneys for Plaintiff Empower Clinic Services, L.L.C.*