

*UNITED STATES DISTRICT COURT*
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | March 31, 2025 |
| Case Number: | 3:25−cv−00514−AB |
| Case Title: | Empower Clinic Services, L.L.C. v. LegitScript LLC |

**(A)    Case Reassignment:**  In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Marco A Hernandez to the Honorable Amy M. Baggio, United States District Judge. Information on this case may be obtained from the following:

Case Status or Scheduling Information:      Telephone:  503−326−8051
                                            Email:  baggio_crd@ord.uscourts.gov

Filing or Docket Entry Information:         Telephone: 503−326−8050

**(B)    Place of Filing:**  Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)    Change to the Case Number:**  Effective immediately, Judge Baggio's initials (AB) will replace the previous judge's initials in this case.

**MELISSA AUBIN**
**Clerk of Court**

cc:    Judge Baggio
       Counsel of Record

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**EMPOWER CLINIC SERVICES, L.L.C.**                    Case No.: 3:25−cv−00514−AB
        Plaintiff,

**v.**

**LEGITSCRIPT L.L.C.**
        Defendant.

_____

### Consent to Jurisdiction by a Magistrate Judge
### and Designation of the Normal Appeal Route

        Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** _____

**Signature:** _____

**Name and OSB ID:** _____

**E−mail Address:** _____

**Firm Name:** _____

**Mailing Address:** _____

**City, State, Zip:** _____

**Parties Represented:** _____