Timothy W. Snider, OSB No. 034577
timothy.snider@stoel.com
Alexandra Choi Giza, OSB No. 214485
alexandra.giza@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Susannah Torpey (*pro hac vice*)
STorpey@winston.com
Rebecca Ou (*pro hac vice*)
ROu@winston.com
Ye Eun Park (*pro hac vice*)
YPark@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone:  212.294.6700
Facsimile:  212.294.4700

*Attorneys for Plaintiff Empower Clinic Services, L.L.C.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| EMPOWER CLINIC SERVICES, L.L.C.,<br><br>*Plaintiff*,<br><br>v.<br><br>LEGITSCRIPT L.L.C.,<br><br>*Defendant*. | Case No.: 3:25-cv-00514-AB<br><br>PROOF OF SERVICE |

Page 1 – PROOF OF SERVICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-00514-HZ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LegitScript L.L.C. c/o CT Corporation System
was received by me on *(date)* 03/28/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Eden Titus, Service of Process Technician, who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System, Registered Agent, at 780 Commercial St SE, Ste. 100, Salem, OR at 1:45 pm. on *(date)* 03/28/2025; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/28/2025

*Server's signature*

Keith Miller
*Printed name and title*

MercuryPDX
PO Box 2274
Portland, OR 97208
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons in a Civil Action, and Complaint