Timothy W. Snider, OSB No. 034577
timothy.snider@stoel.com
Alexandra Choi Giza, OSB No. 214485
alexandra.giza@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Susannah Torpey (*pro hac vice*)
STorpey@winston.com
Rebecca Ou (*pro hac vice*)
ROu@winston.com
Ye Eun Park (*pro hac vice*)
YPark@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.294.6700
Facsimile: 212.294.4700

*Attorneys for Plaintiff Empower Clinic Services, L.L.C.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| EMPOWER CLINIC SERVICES, L.L.C., <br><br> *Plaintiff*, <br><br> v. <br><br> LEGITSCRIPT L.L.C., <br><br> *Defendant*. | Case No.: 3:25-cv-00514-AB <br><br> PLAINTIFF EMPOWER CLINIC SERVICES, L.L.C.'S MOTION TO WITHDRAW APPEARANCE OF SUSANNAH TORPEY, REBECCA OU, AND YE EUN PARK |

PAGE 1 – MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF SUSANNAH TORPEY, REBECCA OU, AND YE EUN PARK

**LOCAL RULE 7-1 CERTIFICATION**

Counsel for Plaintiff Empower Clinic Services, L.L.C. certifies that Plaintiff's counsel has conferred with counsel for Defendant LegitScript, L.L.C. regarding the basis for the present motion. Defendant does not oppose this motion.

**MOTION**

Pursuant to Local Rule 83-11(c), the law firm of Winston & Strawn LLP (the "Firm") and Susannah Torpey, Rebecca Ou, and Ye Eun Park (the "Winston attorneys"), admitted *pro hac vice* as associate counsel for Plaintiff, hereby move to withdraw their appearance on behalf of Plaintiff in the above-captioned case.

**MEMORANDUM OF LAW**

The motion stated above should be granted for the reasons given below:

1. The Winston attorneys appeared together with Timothy W. Snider and Alexandra Choi Giza of Stoel Rives LLP (the "Stoel Rives attorneys") at the outset of this matter with the Stoel Rives attorneys serving as local counsel.

2. Plaintiff consents to the Winston attorneys withdrawing from this action and terminating the attorney-client relationship between the Firm and Plaintiff in connection with this action.

3. The Stoel Rives attorneys have been notified of the intent to withdraw and do not object to the withdrawal. The Stoel Rives attorneys will continue to represent the interests of Plaintiff in the litigation of the above-captioned matter and shall remain attorneys of record for Plaintiff in this case.

Dated:  May 9, 2025

Respectfully submitted,

STOEL RIVES LLP

<u>s/ Timothy W. Snider</u>
Timothy W. Snider, OSB No. 034577
timothy.snider@stoel.com
Alexandra Choi Giza, OSB No. 214485
alexandra.giza@stoel.com
Tel: 503.224.3380

and

WINSTON & STRAWN LLP
Susannah Torpey (*pro hac vice*)
STorpey@winston.com
Rebecca Ou (*pro hac vice*)
ROu@winston.com
Ye Eun Park (*pro hac vice*)
YPark@winston.com
Tel: 212.294.6700

*Attorneys for Plaintiff Empower Clinic Services, L.L.C.*