Christopher J. Pallanch, OSB No. 075864
  Direct:  503.802.2104
  Email:  christopher.pallanch@tonkon.com
Sadie Y. Concepción, OSB No. 185015
  Direct:  503.802.5773
  Email:  sadie.concepcion@tonkon.com
Paul Balmer, OSB No. 203429
  Direct:  503.802.5745
  Email:  Paul.Balmer@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779
    *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| EMPOWER CLINIC SERVICES, L.L.C., | Civil No. 3:25-cv-00514 |
| Plaintiff, | **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT** |
| v. | |
| LEGITSCRIPT, L.L.C., | |
| Defendant. | |

For its Answer to Plaintiff Empower Clinic Services, L.L.C.'s ("Empower") First

Amended Complaint ("FAC"), Defendant LegitScript, L.L.C. ("LegitScript"), by and through

counsel, admits, denies, and responds as follows, matching the paragraph and header numbering

in the Answer to the those in the FAC.  Except as expressly admitted in the paragraphs below,

each and every allegation in the FAC (including statements set forth in headings and

subheadings) is denied.

PAGE 1 –   DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST
                    AMENDED COMPLAINT

## I.    INTRODUCTION

1.    LegitScript denies the allegations in Paragraph 1.

2.    LegitScript admits that the Federal, Food, Drug, and Cosmetic Act ("FDCA") contains provisions relating to compounding pharmacies; the language of those provisions speak for themselves.  LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2, and therefore denies the same.

3.    LegitScript admits that certain compounding pharmacies are permitted to create customized medications tailored to individual patient needs and which are not available in standard, commercially produced forms.  LegitScript otherwise denies the allegations in Paragraph 3.

4.    LegitScript denies the allegations in Paragraph 4.

5.    LegitScript denies the allegations in Paragraph 5.

6.    LegitScript admits that the FDCA contains provisions relating to outsourcing facilities; the text of those provisions speak for themselves.  LegitScript admits that in 2022 the FDA placed certain medications on a shortage list.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 6.

7.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first three sentences of Paragraph 7, and therefore denies the same.  LegitScript denies the allegations in the final sentence of Paragraph 7.

8.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 8, and therefore denies the same. LegitScript admits it has denied its certification to Empower for legitimate reasons; indeed, Empower's former supply chain director has "publicly accused the company [Empower] in

January of 'intentionally purchasing and using adulterated, as well as food and animal grade (ingredients) to cut costs.'"[1]  LegitScript otherwise denies the allegations in Paragraph 8.

9.      LegitScript admits that it is "on a mission to make the internet and payments ecosystems safer and more transparent."  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 9.

10.     LegitScript denies the allegations in Paragraph 10.

11.     This paragraph states legal conclusions to which no response is required.  To the extent a response is required, LegitScript denies the allegations in Paragraph 11.

12.     LegitScript denies the allegations in Paragraph 12.

**Section A**

13.     LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13, and therefore denies the same.

14.     LegitScript admits that the quoted text appears on the website of the Food and Drug Administration ("FDA"); the text speaks for itself.  LegitScript is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 14, and therefore denies the same.

15.     LegitScript admits that the FDCA contains provisions regarding "Compounding Pharmacy" and "Outsourcing Facilities"; the language of those provisions speak for themselves.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 15.

16.     LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16, and therefore denies the same.

---

[1] Julian Gill, *Empower Pharmacy says it sells 'quality' compounded drugs.  10 years of FDA violations raise doubts*., Hous. Chron., (May 12, 2025), https://www.houstonchronicle.com/news/investigations/article/empower-pharmacy-compounded-drugs-fda-20281795.php.

**Subsection 1**

17.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17, and therefore denies the same.

18.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18, and therefore denies the same.

19.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19, and therefore denies the same.

20.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20, and therefore denies the same.

21.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21, and therefore denies the same.

**Subsection 2**

22.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22, and therefore denies the same.

23.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23, and therefore denies the same.

**Subsection 3** [mislabeled in FAC as "2"]

24.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24, and therefore denies the same.

25.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25, and therefore denies the same.

26.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26, and therefore denies the same.

27.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27, and therefore denies the same.

**Section B**

28.    LegitScript admits that it is a private, for-profit company that was founded in 2007.  LegitScript admits it offers voluntary certification services of online pharmaceutical merchants. Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 28.

**Section C**

29.    LegitScript admits that the companies it certifies must agree not to do business with entities it has not certified in certain circumstances.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 29.

30.    LegitScript admits that it has an Application Certification Checklist, the content of which speaks for itself.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 30.

31.    LegitScript denies the allegations in Paragraph 31.

32.    LegitScript admits that, in conjunction with its Healthcare Merchant Certification program, applicants (including Empower) agree that LegitScript has the power to "grant, deny, or revoke [an applicant's] certification application or certification status for any reason and at any time . . . . ."  LegitScript further admits that Empower agreed that LegitScript "expressly reserves the right to refuse to consider any application."

33.    LegitScript denies the allegations in Paragraph 33.

34.    LegitScript denies the allegations in Paragraph 34.

35.    LegitScript denies the allegations in Paragraph 35.

**Section D**

36.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36, and therefore denies the same.

37.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37, and therefore denies the same.

38.     LegitScript admits that its website at the page Get Your Copy of the Primer sets forth that:  "Many banks, advertising programs, social media platforms, and e-commerce websites require certification from a recognized organization *like* LegitScript to support a merchant account" (emphasis added).  LegitScript further admits that its website at the page Healthcare Certification contains a header entitled, "77% of Patients Use Online Search to Find New Healthcare Provider," under which there is the following text:  "Search engines and social media platforms are where patients search for healthcare providers.  Read our Executive Summary to learn why certification is a good return on investment."  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 38.

39.     LegitScript admits that its website at the page Healthcare Certification FAQs sets forth that:  "Major credit card networks such as Visa require certification for pharmacy merchants and telemedicine providers.  Additionally, many payment service providers require merchants operating in healthcare industries to be certified to obtain a merchant account.  LegitScript Certification is known throughout the payments industry and is recognized by both Visa and Mastercard."  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 39.

40.     LegitScript denies the allegations in Paragraph 40.

41.     LegitScript denies the allegations in Paragraph 41.

**Subsection 1**

42.     LegitScript denies the allegations in Paragraph 42.

43.     LegitScript denies the allegations in Paragraph 43.

**Subsection 2**

44.     LegitScript denies the allegations in Paragraph 44.

45.     LegitScript denies the allegations in Paragraph 45.

46.    LegitScript denies the allegations in Paragraph 46.  Footnote 15 in the FAC contains a reference to Footnote 14, which appears to be in error.  To the extent a response is required, LegitScript incorporates its above responses.

47.    LegitScript denies the allegations in Paragraph 47.  Footnote 16 in the FAC contains a reference to Footnote 15, which appears to be in error.  To the extent a response is required, LegitScript incorporates its above responses.

**Subsection 3**

48.    LegitScript denies the allegations in Paragraph 48.

49.    LegitScript admits that Empower has applied for LegitScript certification at least three times; each time Empower affirmatively agreed to certain terms and conditions in conjunction with its application; each of these applications have been denied, in significant part due to Empower's well-documented, persistent troubles with regulatory compliance over the past decade.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 49.

50.    LegitScript admits that it did not permit Empower to apply for certification for the six-month period between June 24, 2024, and December 24, 2024; the purpose for this was "to allow [Empower] adequate time to demonstrate sustained compliance with [LegitScript's] Certification Standards" following Empower's multiple years of regulatory violations identified by the FDA and state regulators.[2]  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 50.

51.    LegitScript denies the allegations in Paragraph 51.

**Section E**

52.    LegitScript admits that its certification process is designed to ensure that consumers deal only with trusted pharmacies.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 52.

---

[2] *See* FAC Ex. 12 at 1.

PAGE 7 –   DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST
                AMENDED COMPLAINT

53.     LegitScript admits that Empower has not met the requirements for LegitScript certification.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 53.

54.     LegitScript admits that Empower has applied for LegitScript certification at least three times; each time Empower affirmatively agreed to certain terms and conditions in conjunction with its application; each of these applications have been denied, in significant part due to Empower's well-documented, persistent troubles with regulatory compliance over the past decade, including but not limited to:

> (a) In 2015, the FDA issued a Form 483 to Empower observing deficiencies in Empower's practice for producing sterile drug products.[3]
>
> (b) In 2017, the FDA issued a Warning Letter to Empower again noting "serious deficiencies in [Empower's] practices for producing sterile drug products, which put patients at risk," and that "drug products intended or expected to be sterile were prepared, packed, or held under insanitary conditions, whereby they may have become contaminated with filth or rendered injurious to health . . . ."[4]
>
> (c) In 2019, following an inspection of Empower's facility in Houston, the FDA wrote a letter to Empower noting that, based on the FDA's inspection, "it appears [Empower] produced drugs that violate the FDCA."[5]

---

[3] FDA Form 483 to Empower Clinic Services, LLC (Nov. 25, 2015), https://www.fda.gov/media/95350/download

[4] Letter from Monica Maxwell, Acting Program Division Director, FDA Office of Pharmaceutical Quality Operations Division II, to Arta Shaun Noorian, Owner, Empower Pharmacy, (May 25, 2017), https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/empower-clinic-services-llc-516718-05252017.

[5] Letter from Monica Maxwell, Program Division Director, FDA Office of Pharmaceutical Quality Operations Division II, to Arta Shaun Noorian, CEO, Empower Pharmacy, (July 22, 2019), https://www.fda.gov/media/130590/download.

PAGE 8 –   DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST
                    AMENDED COMPLAINT

(d) In 2020, the FDA issued another Form 483 to Empower, questioning Empower's aseptic processing and its failure to have "adequate environmental controls during sterile drug production."[6]

(e) In 2021, the FDA issued a Warning Letter to Empower, noting at least three violations of the FDCA, including (1) not having "any FDA-approved applications on file for drug products that you compound"; (2) having certain misbranded drug products; and (3) a failure to submit a complete report to FDA identifying certain drug products that Empower compounded.[7]

(f) In 2022, in but yet another Form 483, the FDA observed that Empower's "Quality Unit (QU) failed to fulfill its duties and responsibilities," and noted several incidents where Empower appeared to have failed to maintain and follow a number of procedures and processes necessary to keep production environments sterile.[8]

(g) In 2023, the FDA issued another Form 483 to Empower, again noting "poor aseptic techniques," including that Empower failed "to appropriately and regularly clean and disinfect or sterilize equipment . . . ."[9]

(h) In 2024, the FDA again noted Empower's lack of "[p]rocedures designed to prevent microbiological contamination of drug products purporting to be sterile."[10]

---

[6] FDA Form 483 to Empower Clinic Services LLC, at 2 (Mar. 6, 2020), https://www.fda.gov/media/137544/download.

[7] Letter from Tamala Bogan, Acting Program Division Director, FDA Office of Pharmaceutical Quality Operations Division II, to Arta Shaun Noorian, Owner, Empower Pharmacy, at 2 (Oct. 15, 2021), https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/empower-clinic-services-llc-dba-empower-pharmacy-613792-10152021.

[8] FDA Form 483 to Empower Clinic Services LLC, at 1–12 (Aug. 5, 2022), https://www.fda.gov/media/162155/download.

[9] FDA Form 483 to Empower Clinical Services, LLC (Dec. 1, 2023), https://www.fda.gov/media/176194/download.

[10] FDA Form 483 to Empower Pharmacy (Aug. 28, 2024), https://www.fda.gov/media/182593/download.

    (i) Boards of Pharmacy in Alabama, California, Colorado, Florida, Pennsylvania, and others have all raised concerns with Empower's practices, or issued fines or notices of noncompliance to Empower.[11]

    (j) Even as recently as May 2025, Empower's own local paper (the *Houston Chronicle*) has highlighted the "doubts" of Empower's compounded drugs, writing that Empower "has struggled to meet the FDA's expectations since the federal agency ramped up compounding pharmacy enforcement efforts in 2013." The paper noted Empower's lawsuit with its former supply chain director, who himself "publicly accused the company in January of 'intentionally purchasing and using adulterated, as well as food and animal grade (ingredients) to cut costs.'"[12]

Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 54.

    55.    LegitScript denies the allegations in Paragraph 55.

    56.    LegitScript admits that certain GLP-1 medications were on the FDA's shortage list from 2022 through early 2025. LegitScript admits that certain of Empower's applications for LegitScript certification occurred during this period. Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 56.

    **Section F**

    57.    LegitScript denies the allegations in Paragraph 57.

/ / /

/ / /

---

[11] *E.g.*, Corrected Decision and Order, In the Matter of the Accusation Against, Empower Clinic Services, LLC, DBA Empower Pharmacy, Arta Shuan Noorian, Board of Pharmacy Department of Consumer Affairs State of California (Jan. 18, 2023), at 15:11-12, 21:16-18, 25:6-7, and 13-57, https://www.pharmacy.ca.gov/enforcement/fy2021/ac207117; Letter from Colorado Dep't of Regulatory Agencies to Empower Pharmacy (September 17, 2021, Letter of Admonition), https://www.dora.state.co.us/pls/real/!DDMS_Search_GUI.Process_DPO_Search_Form; *In the Matter of Empower Pharmacy Non-Resident Pharmacy Permit Number: 114339, No: 20-L-0040*, Alabama State Board of Pharmacy, (July 28, 2022); Administrative Complaint, State of Florida Dep't. of Health v. Empower Clinic Services, LLC, No. 2023-03021, (June 22, 2023); Order, *Commonwealth of Pennsylvania Bureau of Professionals and Occupational Affairs v. Empower Pharmacy Registration No. NP000041, No. 20-54-000737*, (Mar. 19, 2024).

[12] Gill, *supra* n. 1.

PAGE 10 – DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST
        AMENDED COMPLAINT

## II.     THE PARTIES

58.     LegitScript admits the allegations in Paragraph 58 and that Empower is a for-profit company.

59.     LegitScript admits the allegations in Paragraph 59.

60.     LegitScript denies the allegations in Paragraph 60.

61.     LegitScript denies the allegations in Paragraph 61.

62.     LegitScript denies the allegations in Paragraph 62.

63.     LegitScript denies the allegations in Paragraph 63.

64.     LegitScript admits it is a member of Alliance for Safe Online Pharmacies ("ASOP") and is listed as an ASOP Global Member.  LegitScript is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64, and therefore denies the same.

65.     LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65, and therefore denies the same.

66.     LegitScript denies that it is a member of Center for Safe Internet Pharmacies Ltd. ("CSIP").  The remainder of the allegations do not appear to be directed at LegitScript; to the extent they are, LegitScript denies these allegations, or otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

67.     The allegations in Paragraph 67 do not appear to be directed at LegitScript; to the extent they are, LegitScript denies these allegations, or otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

## III.     JURISDICTION AND VENUE

68.     This paragraph sets forth a legal conclusion that does not require a response.

69.     This paragraph sets forth a legal conclusion that does not require a response.

70.     This paragraph sets forth a legal conclusion that does not require a response.  To the extent a response is required, LegitScript denies that Texas common law applies to this action.

71.     This paragraph sets forth a legal conclusion that does not require a response.  To the extent a response is required, LegitScript does not contest personal jurisdiction in this Court. Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 71.

72.     This paragraph sets forth a legal conclusion that does not require a response.  To the extent a response is required, LegitScript does not contest that venue is proper in this Court. Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 72.

## IV.     REGULATORY BACKGROUND

### Section A

73.     LegitScript admits the allegations in Paragraph 73.  LegitScript denies that the allegations are complete or set forth the full context.

74.     LegitScript admits the allegations in Paragraph 74, and that the language in the relevant provisions speaks for itself.  LegitScript denies that the allegations are complete or set forth the full context.

75.     LegitScript admits the allegations in Paragraph 75.  LegitScript denies that the allegations are complete or set forth the full context.

76.     LegitScript admits the allegations in Paragraph 76.  LegitScript denies that the allegations are complete or set forth the full context.

### Section B

77.     LegitScript admits the allegations in Paragraph 77.  LegitScript denies that the allegations are complete or set forth the full context.

78.     LegitScript admits that "[a]n FDA Form 483 is issued to firm management at the conclusion of an inspection when an investigator(s) has observed any conditions that in their

judgment may constitute violations of the [FDCA] and related Acts."[13]  LegitScript admits that "Warning Letters are issued [. . . ] for violations of regulatory significance"; the purpose of these Warnings Letters is "to give individuals and firms an opportunity to take voluntary and prompt corrective action before [the FDA] initiates an enforcement action."[14]  LegitScript admits that "[a]n Untitled Letter cites violations that do not [always] meet the threshold for significance of regulatory significance for a Warning Letter."[15]  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 78.

79.    LegitScript admits that some of the referenced text may be found at the FDA site included in the footnote.  LegitScript denies that the allegations are complete or set forth the full context.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 79.

80.    LegitScript admits that some of the referenced text may be found at the FDA site included in the footnote.  LegitScript denies that the allegations are complete or set forth the full context.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 80.

81.    LegitScript admits that some of the referenced text may be found at the FDA site included in the footnote.  LegitScript denies that the allegations are complete or set forth the full context.  LegitScript is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81, and therefore denies the same.

82.    LegitScript denies that Forms 483, Untitled Letters, and Warning Letters do not constitute evidence of regulatory violations; these documents are issued when "[e]vidence shows that a firm, product, and/or individual is in violation of the law or regulations."[16]

---

[13] U.S. Food & Drug Admin. *FDA Form 483 Frequently Asked Questions*, ("FDA FAQ"), https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-references/fda-form-483-frequently-asked-questions.

[14] U.S. Food & Drug Admin., *Regulatory Procedures Manual*, Ch. 4-1-1, at 3, (July 2024), https://www.fda.gov/media/71878/download.

[15] *Id.*, Ch. 4-2-1, at 37.

[16] *Id.*, Ch. 4-1-3, at 6; *id.*, Ch.4-3, at 38–39; FDA FAQ, supra n. 13.

PAGE 13 – DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST
              AMENDED COMPLAINT

83.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83, and therefore denies the same.

**Section C**

**Subsection 1**

84.    LegitScript admits that some of the referenced text may be found at the FDA site included in the footnote.  LegitScript denies that the allegations are complete or set forth the full context.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 84.

85.    LegitScript admits that 21 U.S.C. § 353b sets forth guidelines for "Outsourcing facilities"; the text in this regulation speaks for itself.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 85.

86.    LegitScript admits that, as stated on the FDA website, "[g]enerally, when an FDA approved drug is on FDA's drug shortages list some federal law restrictions may not apply, such as restrictions on compounding drugs that are essentially copies of approved drugs.  However, other conditions and requirements remain, and compounded drugs may not meet those conditions and requirements."[17]  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 86.

**Subsection 2**

87.    The allegations in Paragraph 87 do not appear to be alleged against LegitScript. LegitScript admits that some of the referenced text may be found at the site included in the footnote.  LegitScript is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87, and therefore denies the same.

88.    LegitScript admits that the FDA shortage list included Wegovy (semaglutide) from March 2022 to February 2025, Ozempic (semaglutide) from August 2022 to February

---

[17] U.S. Food & Drug Admin., *Compounding when Drugs are on FDA's Drug Shortages List*, https://www.fda.gov/drugs/human-drug-compounding/compounding-when-drugs-are-fdas-drugshortages-list.

2025, Mounjaro (tirzepatide) from December 2022 to October 2024, and Zepbound (tirzepatide) from December 2022 to October 2024.[18]  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 88.

89.    LegitScript admits the allegations in Paragraph 89.

90.    LegitScript admits that the FDA may lift certain limitations on 503A Compounding Pharmacies and 503B Outsourcing Facilities when there are drug shortages, but denies that the fact of a shortage provides blanket permission for these entities to compound drugs on the shortage list.[19]  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 90.

91.    LegitScript admits that the FDA issued a letter on December 19, 2024, affirming the resolution of the tirzepatide shortage.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 91.

92.    LegitScript admits the allegations in Paragraph 92.

93.    LegitScript admits that on February 21, 2025, the FDA announced it did "not intend to take action against compounders for violations of the [FDCA] arising from conditions that depend on semaglutide injection products' inclusion on FDA's drug shortage list" regarding 503A facilities for 60 days, until April 22, 2025, and regarding 503B facilities for 90 days, until May 22, 2025.[20]  LegitScript admits that on March 10, 2025, the FDA announced that,

---

[18] FDA Letter, Declaratory Order: Resolution of Shortages of Semaglutide Injection Products (Ozempic and Wegovy), (Feb. 21, 2025), https://www.fda.gov/media/185526/download#:~:text=and%20Wegovy),injection%20product%20shortage%20is%20resolved.; FDA Letter, Declaratory Order: Resolution of Shortages of Tirzepatide Injection Products (Mounjaro and Zepbound), (Dec. 19, 2024), https://www.fda.gov/media/184606/download.

[19] *Compounding when Drugs are on FDA's Drug Shortages List*, *supra* n. 17.

[20] U.S. Food & Drug Admin., *FDA clarifies policies for compounders as national GLP-1 supply begins to stabilize,* ("FDA Policy Clarification") (Mar. 10, 2025), https://www.fda.gov/drugs/drug-safety-andavailability/fda-clarifies-policies-compounders-national-glp-1-supply-begins-stabilize.

"consistent with [its] February 11, 2025 update," "the period of enforcement discretion described below has ended" for 503A facilities, and that for 503B facilities, the "FDA does not intend to take action against compounders for violations of the FD&C Act arising from conditions that depend on tirzepatide injection products' inclusion on FDA's drug shortage list until March 19, 2025."[21]  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 93.

94.    LegitScript admits that, on October 7, 2024, a complaint was filed initiating the action, *Outsourcing Facilities Assoc. v. FDA*, No. 4:24-cv-953 (N.D. Tex. Oct. 7, 2024).  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 94.

**V.**

95.    LegitScript admits the allegations in Paragraph 95.

96.    LegitScript admits the allegations in Paragraph 96.

97.    LegitScript admits that Empower resubmitted its request for voluntary certification in November 2022 that contained the language quoted in Paragraph 97.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 97.

98.    LegitScript admits that it denied Empower's November 2022 application.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 98.

99.    LegitScript admits the allegations in Paragraph 99.

100.    LegitScript admits that, in February 2023, Empower provided LegitScript with a copy of Empower's quarterly update to the FDA and informed LegitScript that it had made 85% of the changes to the violations identified in the FDA's August 2022 Form 483.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 100.

101.    LegitScript admits the allegations in Paragraph 101.

102.    LegitScript admits that Empower made assurances regarding its compliance with its California State Board of Pharmacy probation, but denies that Empower provided LegitScript

---

[21] *Id.*

PAGE 16 – DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST
            AMENDED COMPLAINT

with the quarterly reports regarding that settlement.  Except as expressly admitted herein,

LegitScript denies the allegations in Paragraph 102.

103.    LegitScript denies the allegations in Paragraph 103.

104.    LegitScript admits that it denied Empower's appeal in August 2023.  Except as

expressly admitted herein, LegitScript denies the allegations in Paragraph 104.

105.    LegitScript admits the allegations in Paragraph 105.

106.    LegitScript admits that, on June 24, 2024, it emailed Empower and wrote[22]:

> While we appreciate Empower Pharmacy's dedication to improving compliance, we would like the following items to be resolved before being able to move forward with certification:
>
> - All state board of pharmacy consent orders, disciplinary act ion, and stipulation orders are required to be closed out.
> - FDA acknowledgement that the response provided by Empower to the FDA Form 483 is sufficient.
> - We require inspection reports (both self-assessment and the assessment performed by the hired inspector) for Q2-Q4.
>
> At this time, we would like to institute a mandatory waiting period of six months from June 24, 2024, ending on December 24, 2024, before you are eligible to reapply.  This period is essential to allow adequate time to demonstrate sustained compliance with our Certification Standards.

Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 106.

107.    LegitScript denies the allegations in Paragraph 107.

108.    LegitScript denies the allegations in Paragraph 108.

**Section A**

109.    LegitScript admits that it did not permit Empower to apply for certification for the

six-month period between June 24, 2024, and December 24, 2024, "to allow [Empower]

adequate time to demonstrate sustained compliance with [LegitScript's] Certification Standards"

following Empower's multiple years of regulatory violations identified by the FDA and state

---

[22] *See* FAC Ex. 12 at 1.

PAGE 17 – DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST
AMENDED COMPLAINT

regulators.[23]  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 109.

110.    LegitScript admits that its June 24, 2024, email imposed the six-month waiting period on Empower reapplying for LegitScript certification "to allow [Empower] adequate time to demonstrate sustained compliance with [LegitScript's] Certification Standards."  LegitScript denies that this statement implies that Empower was already in compliance.  LegitScript further denies that LegitScript's voluntary certification process is a barrier to "Empower's market entry."  Except as expressly admitted herein, Empower denies the allegations in Paragraph 110.

111.    LegitScript admits that Empower sent the correspondence included as Exhibit 10 to the FAC; LegitScript otherwise denies the allegations in Paragraph 111.

**Section B**

112.    LegitScript denies the allegations in Paragraph 112.

113.    LegitScript admits that it has internal guidance regarding probationary certification, which is discretionary; the language of that guidance speaks for itself.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 113.

114.    LegitScript admits the allegations in Paragraph 114.

115.    LegitScript admits that it did not provide Empower with probationary certification, a discretionary category for applicants whose past violations "have since sufficiently remediated to LegitScript's satisfaction and have satisfactorily demonstrated a commitment to compliance with LegitScript's standards."[24]  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 115.

---

[23] *See* FAC Ex. 12 at 1.

[24] FAC Ex. 7 at 4.

116.    LegitScript admits that Empower's myriad regulatory violations had not been "sufficiently remediated to LegitScript's satisfaction."[25]  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 116.

**VI.**

117.    LegitScript admits that a prior version of its website—in August 2011[26]— contained a page regarding LegitScript's role in Internet Enforcement, which had the following text:  "In some cases, LegitScript compiles intelligence-driven, analytical reports to help clients better identify and understand the threat.  In other cases, LegitScript engages in takedown initiatives on our own accord to shut down rogue online pharmacy websites that pose public health threats*," noting via asterisk that "LegitScript determines whether websites pose a public health and safety risk and should be subject to termination based solely upon standards approved by the National Association of Boards of Pharmacy ("NABP") and not at the direction of any third party."  LegitScript's 2011 webpage further explained that its enforcement efforts would "target:  Websites selling prescription drugs without a prescription[;] Websites selling prescription drugs without a valid pharmacy license[;] Websites engaged in the fraudulent sale of prescription drug products, or sale of prescription drugs products that are not approved by the FDA, Health Canada or equivalent agency[;] and Websites selling counterfeit or adulterated drugs."  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 117.

118.    LegitScript denies the allegations in Paragraph 118.

119.    LegitScript denies the allegations in Paragraph 119.

120.    LegitScript denies the allegations in Paragraph 120.

/ / /

---

[25] *Id.*

[26] Internet Enforcement, Legit Script, (Aug. 22, 2011), https://web.archive.org/web/20110822141347/http://www.legitscript.com/enforcement.

PAGE 19 – DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT

**Section A**

121.    LegitScript denies the allegations in Paragraph 121.

122.    LegitScript denies the allegations in Paragraph 122.

      **Subsection 1**

123.    LegitScript denies the allegations in Paragraph 123.

124.    LegitScript denies that the quoted text was in its Healthcare Merchant Certification Terms and Conditions; the documents Empower presents at Exhibits 1 and 2 are the LegitScript International Healthcare Merchant Standards.  LegitScript admits that the quoted text in Paragraph 124 appear in Exhibits 1 and 2.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 124.

125.    LegitScript denies the allegations in Paragraph 125.

126.    LegitScript admits that the quoted text was on the archived Healthcare Merchant Certification: Standard page on the LegitScript website.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 126.

127.    LegitScript admits that the quoted text is on the Healthcare Certification Standards page on the LegitScript website.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 127.

128.    LegitScript denies the allegations in Paragraph 128.

129.    LegitScript admits the allegations in Paragraph 129.

130.    LegitScript denies the allegations in Paragraph 130.

      **Subsection 2**

131.    LegitScript denies the allegations in Paragraph 131.  LegitScript admits it provides a voluntary certification that certain online platforms choose to utilize to help keep unauthorized drugs from being marketed on those platforms such that the platforms are put at risk of being assessed substantial fines.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 131.

PAGE 20 – DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST
AMENDED COMPLAINT

132.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, LegitScript is without knowledge or information as to the FDA's intent, and therefore denies the same.  LegitScript otherwise denies the remaining allegations in Paragraph 132.

133.    LegitScript denies the allegations in Paragraph 133.

134.    LegitScript denies the allegations in Paragraph 134.  LegitScript reaffirms that it provides a voluntary certification that certain online platforms choose to utilize to keep unauthorized drugs from being marketed on those platforms such that the platforms are put at risk of being assessed substantial fines.

### Subsection 3

135.    LegitScript admits that the quoted text is on the Healthcare Certification Standards page on the LegitScript website.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 135.

136.    LegitScript denies the allegations in Paragraph 136.

137.    LegitScript admits it recognizes certification from the NABP, but not from the Pharmacy Compounding Accreditation Board ("PCAB").  LegitScript otherwise denies the allegations in Paragraph 137.

138.     LegitScript denies the allegations in Paragraph 138.

### Subsection 4

139.    LegitScript denies the allegations in Paragraph 139.

140.    LegitScript admits the allegations in Paragraph 140.

141.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141, and therefore denies the same.

142.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142, and therefore denies the same.

143.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 143, and therefore denies the same. LegitScript denies the allegations in the second sentence of Paragraph 143.

144.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144, and therefore denies the same.

145.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145, and therefore denies the same.

146.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146, and therefore denies the same.

147.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147, and therefore denies the same.

148.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148, and therefore denies the same.

149.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149, and therefore denies the same.

150.    LegitScript denies the allegations in Paragraph 150.

151.    LegitScript denies the allegations in Paragraph 151.

**Subsection 5**

152.    LegitScript denies the allegations in Paragraph 152.

153.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153, and therefore denies the same.

154.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154, and therefore denies the same.

155.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155, and therefore denies the same.

156.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156, and therefore denies the same.

157.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157, and therefore denies the same.

158.    LegitScript denies the allegations in Paragraph 158.

**Section B**

159.    LegitScript admits that the quoted text is from an email it sent to one of its certification applicants, which reflected the array of FDA and state regulatory board violations that Empower had incurred in the two years preceding the email date.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 159.

160.    LegitScript admits that the quoted text is from an email it sent to one of its certification applicants.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 160.

161.    LegitScript admits that the quoted text is from an email it sent to one of its certification applicants; this language appears in an email earlier in time than any mention of Empower in the email thread.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 161.

162.    LegitScript denies the allegations in Paragraph 162.

163.    LegitScript denies the allegations in Paragraph 163.

**Section C**

164.    LegitScript denies the allegations in Paragraph 164.

165.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165, and therefore denies the same.

166.    LegitScript admits that Roman Health Ventures, Inc. (d/b/a Ro) "is an end-to-end telemedicine service for men's health that handles everything from online diagnosis to the

delivery of medication."[27]  LegitScript admits that Ro is LegitScript certified, and that Eli Lilly is not certified.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 166.

167.    LegitScript denies the allegations in Paragraph 167.

168.    LegitScript denies the allegations in Paragraph 168.

169.    LegitScript denies the allegations in Paragraph 169.

**VII.**

170.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 170, and therefore denies the same.

171.    LegitScript admits that some online platforms may choose to require companies to secure, among other things, LegitScript (or other organizations') certification before permitting the companies to advertise drugs on those platforms.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 171.

172.    LegitScript denies the allegations in Paragraph 172.

**Section A**

173.    The allegations of Paragraph 173 appear to be directed at entities other than LegitScript or to assert legal conclusions to which no response is required.  To the extent a response is required, LegitScript denies the allegations in Paragraph 173.

174.    LegitScript denies the allegations in Paragraph 174.

175.    LegitScript denies the allegations in Paragraph 175.

176.    LegitScript denies the allegations in Paragraph 176.

177.    LegitScript denies the allegations in Paragraph 177.

178.    LegitScript admits the allegations in Paragraph 178.

---

[27] Roman Health, Customer Spotlight, LegitScript, https://www.legitscript.com/resources/customer-spotlights/romanhealth/.

179.    LegitScript admits the allegations in Paragraph 179.

180.    LegitScript denies the allegations in Paragraph 180.

181.    LegitScript admits that it has a "Certified" category, but denies that it first added this category in 2022.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 181.

182.    LegitScript admits that the quoted language reflects its core principle in categorizing pharmaceutical merchants.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 182.

183.    LegitScript admits that it has Empower categorized as "Unapproved."  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 183.

184.    LegitScript denies the allegations in Paragraph 184.

185.    LegitScript denies that Empower being PCAB-accredited means that LegitScript should grant Empower "Legitimate" status.  LegitScript is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 185, and therefore denies the same.

**Section B**

186.    LegitScript denies the allegations in Paragraph 186.

187.    LegitScript admits that it classifies CVS as a "Legitimate" pharmacy and that CVS has been approved by the NABP, which is an alternative certification provider that many internet platforms choose to recognize as an alternative to LegitScript certification.  LegitScript is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187, and therefore denies the same.

188.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188, and therefore denies the same.

189.    LegitScript denies the allegations in Paragraph 189, and notes that the allegations in Paragraph 189 appear to reference the wrong entity (i.e., an entity with a similar name, but

which in fact is a different entity from the one mentioned in the FAC), and in any event, are directed at an entity that is irrelevant to the FAC. Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 189.

190.    LegitScript denies the allegations in Paragraph 190, and notes that the allegations in Paragraph 190 appear to reference the wrong entity (i.e., an entity with a similar name, but which in fact is a different entity from the one mentioned in the FAC), and in any event, are directed at an entity that is irrelevant to the FAC. Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 190.

191.    LegitScript denies the allegations in Paragraph 191, and notes that the allegations in Paragraph 191 appear to reference the wrong entity (i.e., an entity with a similar name, but which in fact is a different entity from the one mentioned in the FAC), and in any event, are directed at an entity that is irrelevant to the FAC. Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 191.

192.    LegitScript denies the allegations in the first sentence of Paragraph 192. LegitScript is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 192, and therefore denies the same.

193.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193, and therefore denies the same.

194.    LegitScript denies the allegations in Paragraph 194.

195.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195, and therefore denies the same.

196.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196, and therefore denies the same.

197.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197, and therefore denies the same.

198.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198, and therefore denies the same.

199.    LegitScript denies the allegations in Paragraph 199.

200.    LegitScript denies the allegations in Paragraph 200.

**Section C**

201.    LegitScript admits that Empower applied for LegitScript certification on certain occasions.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 201.

202.    LegitScript admits that it did not permit Empower to apply for certification for the six-month period between June 24, 2024, and December 24, 2024, "to allow [Empower] adequate time to demonstrate sustained compliance with [LegitScript's] Certification Standards" following Empower's multiple years of regulatory violations identified by the FDA and state regulators.[28]  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 202.

203.    LegitScript denies the allegations in Paragraph 203.

204.    LegitScript admits that it did not provide Empower with probationary certification, a discretionary category for applicants whose past violations "have since sufficiently remediated to LegitScript's satisfaction and have satisfactorily demonstrated a commitment to compliance with LegitScript's standards."[29]

205.    LegitScript denies the allegations in Paragraph 205.

206.    LegitScript denies the allegations in Paragraph 206.  By Empower's own allegations, it was first denied LegitScript certification application was in 2018 (FAC ¶ 95); its second denied application was in 2021 (*id.* ¶ 96); its third denied application was in November

---

[28] *See* FAC Ex. 12 at 1.

[29] FAC Ex. 7 at 4.

2022 (*id.* ¶ 97), which it appealed in January 2023 (*id.* ¶ 99) and that appeal was then denied in August 2023 (*id.* ¶ 104); and its fourth application was in March 2024 (*id.* ¶ 105), which was denied in June 2024 (*id.* ¶¶ 106, 109).  Empower alleges that the drug shortage period for the at-issue GLP-1 drugs was "[f]rom Spring 2022 through December 2024," (*id.* ¶ 88), with the latest FDA enforcement grace period extending to May 22, 2025.[30]  There had already been two full years of the FDA drug shortage period prior to LegitScript's imposition of the six-month application ban on Empower; and Empower already had three denied applications by that point, including two that predated the GLP-1 drug shortage.

**VIII.**

  207. LegitScript denies the allegations in Paragraph 207.

  208. LegitScript denies the allegations in Paragraph 208.

  209. LegitScript denies the allegations in Paragraph 209.

**Section A**

  210. LegitScript denies the allegations in Paragraph 210.

  211. LegitScript denies the allegations in Paragraph 211.

  212. LegitScript denies the allegations in Paragraph 212.

  213. LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213, and therefore denies the same.

  214. LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 214, and therefore denies the same.

  215. LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215, and therefore denies the same.

  216. LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216, and therefore denies the same.

---

[30] *See* FDA Policy Clarification, *supra* n. 20

217.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 217, and therefore denies the same.

218.    LegitScript denies the allegations in Paragraph 218.

219.    LegitScript denies the allegations in Paragraph 219.

220.    LegitScript denies the allegations in Paragraph 220.

221.    LegitScript denies the allegations in Paragraph 221.

222.    LegitScript denies the allegations in Paragraph 222.

223.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223, and therefore denies the same.

**Section B**

224.    LegitScript denies the allegations in Paragraph 224.

225.    LegitScript denies the allegations in Paragraph 225.

226.    LegitScript denies the allegations in Paragraph 226.

227.    LegitScript denies the allegations in Paragraph 227.

**Section C**

228.    LegitScript denies the allegations in Paragraph 228.

229.    LegitScript denies the allegations in Paragraph 229.

230.    LegitScript denies the allegations in Paragraph 230.

231.    LegitScript denies the allegations in Paragraph 231.

232.    LegitScript denies the allegations in Paragraph 232.

233.    LegitScript denies the allegations in Paragraph 233.

234.    LegitScript denies the allegations in Paragraph 234.

235.    LegitScript denies the allegations in Paragraph 235.

236.    LegitScript denies the allegations in Paragraph 236.

237.    LegitScript denies the allegations in Paragraph 237.

238.    LegitScript denies the allegations in Paragraph 238.

239.    LegitScript denies the allegations in Paragraph 239.

240.    LegitScript denies the allegations in Paragraph 240.

241.    LegitScript denies the allegations in Paragraph 241.

242.    LegitScript denies the allegations in Paragraph 242.

**IX.**

243.    LegitScript denies the allegations I Paragraph 243.

**Section A**

244.    LegitScript denies the allegations in Paragraph 244.

245.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 245, and therefore denies the same. LegitScript otherwise denies the allegations in Paragraph 245.

246.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 246, and therefore denies the same. LegitScript denies the allegations in Paragraph 246.

247.    LegitScript denies the allegations in Paragraph 247.

248.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248, and therefore denies the same.

249.    LegitScript admits that it has strategic partnerships with Google and certain other online platforms.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 249.

250.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 250, and therefore denies the same.

251.    LegitScript admits the allegations in Paragraph 251.  LegitScript denies that the allegations are complete or set forth the full context.

252.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 252, and therefore denies the same.

253.    LegitScript denies the allegations in Paragraph 253.

**Subsection 1**

254.    LegitScript is without knowledge or information sufficient to form a belief as to what "leading platforms generally will require to allow Empower . . . to advertise with them," and therefore denies the same.  LegitScript otherwise denies the allegations in Paragraph 254.

255.    LegitScript admits that it classifies NABP-certified entities as "Legitimate" and its own certified entities as "Certified."  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 255.

256.    LegitScript denies the allegations in Paragraph 256.

**Subsection 2**

257.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 257, and therefore denies the same.

258.    LegitScript denies the allegations in Paragraph 258.

**Subsection 3**

259.    LegitScript denies the allegations in Paragraph 259.

260.    LegitScript denies the allegations in Paragraph 260.

261.    LegitScript admits that Empower has sought LegitScript certification.  Except as expressly admitted herein, LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 261, and therefore denies the same.

262.    LegitScript admits the allegations in Paragraph 262.

263.    LegitScript admits that it was endorsed by the NABP.  LegitScript is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 263, and therefore denies the same.

264.    LegitScript admits the allegations in Paragraph 264.

265.    LegitScript denies the allegations in Paragraph 265.

266.    LegitScript denies the allegations in Paragraph 266.

267.    LegitScript denies the allegations in Paragraph 267.

**Section B**

268.    LegitScript admits that healthcare merchant companies reach certain patients through many different ways, including digital advertising, and that certain patients may rely on certain online resources for locating healthcare merchants.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 268.

269.    LegitScript admits that the quoted text appears on its website; the text and its context speak for themselves.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 269.

270.    LegitScript denies that its factually accurate and correct statements were "boasting."  LegitScript otherwise admits the allegations in Paragraph 270.

271.    LegitScript admits the allegations in Paragraph 271.

272.    LegitScript admits the allegations in Paragraph 272.

273.    LegitScript admits the allegations in Paragraph 273.

274.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 274, and therefore denies the same.

275.    LegitScript admits that one provider's testimonial characterizes LegitScript certification as "essential."  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 275.

276.    LegitScript admits that one provider's testimonial characterizes LegitScript certification in the manner quoted.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 276.

277.    LegitScript admits that one provider's testimonial characterizes LegitScript certification in the manner quoted.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 277.

278.    LegitScript admits that the quoted text appears on its website.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 278.

279.    LegitScript admits that the quoted text appears on its website.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 279.

280.    LegitScript admits that the quoted text appears on its website.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 280.

281.    LegitScript admits that the quoted text appears on its website.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 281.

282.    LegitScript admits that the quoted text appears on its website.  LegitScript further admits that applicants, including Empower, voluntarily agree to give LegitScript the power to "grant, deny, or revoke [an applicant's] certification application or certification status for any reason at any time," and that those companies (including Empower) granted to LegitScript "the right to refuse to consider any application."  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 282.

283.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 283, and therefore denies the same.

284.    LegitScript denies the allegations in Paragraph 284.

285.    LegitScript denies the allegations in Paragraph 285.

286.    LegitScript denies the allegations in Paragraph 286.

**Section C**

287.    LegitScript denies the allegations in Paragraph 287.

   **Subsection 1**

288.    The allegations in Paragraph 288 appear not to be directed at LegitScript and do not require a response.  To the extent a response is required, LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 288, and therefore denies the same.

289.    LegitScript admits that physicians may prescribe patients compounded medications in certain circumstances.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 289.

290.    LegitScript denies the allegations in Paragraph 290.

291.    The allegations in Paragraph 291 appear not to be directed at LegitScript and do not require a response.  To the extent a response is required, LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 291, and therefore denies the same.

292.    LegitScript denies the allegations in Paragraph 292.

293.    The allegations in Paragraph 293 appear not to be directed at LegitScript and do not require a response.  To the extent a response is required, LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 293, and therefore denies the same.

294.    The allegations in Paragraph 294 appear not to be directed at LegitScript and do not require a response.  To the extent a response is required, LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 294, and therefore denies the same.

**Section D**

295.    LegitScript denies the allegations in Paragraph 295.

296.    The allegations in Paragraph 296 appear to assert legal conclusions or not be directed at LegitScript and do not require a response.  To the extent a response is required, LegitScript admits the Merger Guidelines contain in part the quoted text, but the Merger Guidelines are immaterial and irrelevant to this action.  Except as expressly admitted, LegitScript denies the allegations in Paragraph 296.

297.    LegitScript denies the allegations in Paragraph 297, including as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the

grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations. LegitScript is also without knowledge or information sufficient to form a belief as to the vague allegations in Paragraph 297, and therefore denies the same.

298.    LegitScript denies the allegations in Paragraph 298.

**Subsection 1**

299.    LegitScript denies the allegations in Paragraph 299 as immaterial and irrelevant to this action with regard to the market discussed. LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

300.    LegitScript denies the allegations in Paragraph 300 as immaterial and irrelevant to this action with regard to the market discussed. LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

301.    LegitScript denies the allegations in Paragraph 301 as immaterial and irrelevant to this action with regard to the market discussed. LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

302.    LegitScript denies the allegations in Paragraph 302 as immaterial and irrelevant to this action with regard to the market discussed. LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

303.    LegitScript denies the allegations in Paragraph 303 as immaterial and irrelevant to this action with regard to the market discussed. LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

304.    LegitScript denies the allegations in Paragraph 304 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

305.    LegitScript denies the allegations in Paragraph 305 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

306.    LegitScript denies the allegations in Paragraph 306 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

307.    LegitScript denies the allegations in Paragraph 307 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

308.    LegitScript denies the allegations in Paragraph 308 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

309.    LegitScript denies the allegations in Paragraph 309.

310.    LegitScript denies the allegations in Paragraph 310 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

311.    LegitScript denies the allegations in Paragraph 311 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

312.    LegitScript denies the allegations in Paragraph 312 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

313.    LegitScript denies the allegations in Paragraph 313 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

**Subsection 2**

314.    LegitScript denies the allegations in Paragraph 314 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

315.    LegitScript denies the allegations in Paragraph 315 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

316.    LegitScript denies the allegations in Paragraph 316 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

317.    LegitScript denies the allegations in Paragraph 317 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

318.    LegitScript denies the allegations in Paragraph 318 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

319.    LegitScript denies the allegations in Paragraph 319 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

**Subsection 3**

320.    LegitScript denies the allegations in Paragraph 320 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

321.    LegitScript denies the allegations in Paragraph 321 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

322.    LegitScript denies the allegations in Paragraph 322 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

323.    LegitScript denies the allegations in Paragraph 323 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

**Subsection 4**

324.    LegitScript denies the allegations in Paragraph 324 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

325.    LegitScript denies the allegations in Paragraph 325 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

326.    LegitScript denies the allegations in Paragraph 326 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

327.    LegitScript denies the allegations in Paragraph 327 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

328.    LegitScript denies the allegations in Paragraph 328 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

**Subsection 5**

329.    LegitScript denies the allegations in Paragraph 329 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

330.    LegitScript denies the allegations in Paragraph 330 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

331.    LegitScript denies the allegations in Paragraph 331 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

332.    LegitScript denies the allegations in Paragraph 332 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

**Subsection 6**

333.    LegitScript denies the allegations in Paragraph 333 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

334.    LegitScript denies the allegations in Paragraph 334 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

335.    LegitScript denies the allegations in Paragraph 335 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

336.    LegitScript denies the allegations in Paragraph 336 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

**Subsection 7**

337.    LegitScript denies the allegations in Paragraph 337 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

338.    LegitScript denies the allegations in Paragraph 338 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

339.    LegitScript denies the allegations in Paragraph 339 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

340.    LegitScript denies the allegations in Paragraph 340 as immaterial and irrelevant to this action with regard to the market discussed.  LegitScript further denies on the grounds that it is not a member of this market and thus is without sufficient information to form a belief as to the truth of the allegations.

/ / /

**Section E**

341.    LegitScript admits that any market relevant to this dispute would be limited to the geographic market of the United States.  Except as expressly admitted herein, LegitScript denies the allegations in Paragraph 341.

**Section F**

342.    Legit Script is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 342 and therefore denies the same. LegitScript otherwise denies the allegations in Paragraph 342.

**X.**

343.    LegitScript denies the allegations in Paragraph 343.

**Section A**

344.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 344, and therefore denies the same.

345.    LegitScript denies the allegations in Paragraph 345.

346.    LegitScript denies the allegations in Paragraph 346.

347.    LegitScript denies the allegations in Paragraph 347.

348.    LegitScript denies the allegations in Paragraph 348.

**Section B**

349.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 349, and therefore denies the same.

350.    LegitScript denies the allegations in Paragraph 350.

351.    LegitScript denies the allegations in Paragraph 351.

352.    LegitScript denies the allegations in Paragraph 352.

353.    LegitScript denies the allegations in Paragraph 353.

354.    This paragraph sets forth a legal conclusion that does not require a response.  To the extent a response is required, LegitScript denies the allegations in Paragraph 354.

355.    LegitScript denies the allegations in Paragraph 355.

## CAUSES OF ACTION

### COUNT ONE

356.    In response to Paragraph 356, LegitScript incorporates by reference its responses from each and every preceding paragraph as if fully set forth herein.

357.    LegitScript denies the allegations in Paragraph 357.

358.    LegitScript denies the allegations in Paragraph 358.

359.    LegitScript denies the allegations in Paragraph 359.

360.    LegitScript denies the allegations in Paragraph 360.

361.    LegitScript denies the allegations in Paragraph 361.

362.    LegitScript denies the allegations in Paragraph 362.

363.    This paragraph sets forth a legal conclusion that does not require a response.  To the extent a response is required, LegitScript denies the allegations in Paragraph 363.

364.    LegitScript denies the allegations in Paragraph 364.

365.    LegitScript denies the allegations in Paragraph 365.

366.    LegitScript denies the allegations in Paragraph 366.

### COUNT TWO

367.    In response to Paragraph 367, LegitScript incorporates by reference its responses in Paragraphs 58–59, 68–72, and 343–55 as if fully set forth herein.

368.    LegitScript is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 368, and therefore denies the same.

369.    LegitScript denies the allegations in Paragraph 369.

370.    LegitScript denies the allegations in Paragraph 370.

371.    LegitScript denies the allegations in Paragraph 371.

372.    LegitScript denies the allegations in Paragraph 372.

373.    LegitScript denies the allegations in Paragraph 373.

374.    LegitScript denies the allegations in Paragraph 374.

375.    LegitScript denies the allegations in Paragraph 375.

## COUNT THREE

376.    In response to Paragraph 376, LegitScript incorporates by reference its responses in Paragraphs 58–59, 68–72, and 343–55 as if fully set forth herein.

377.    LegitScript denies the allegations in Paragraph 377.

378.    LegitScript denies the allegations in Paragraph 378.

379.    LegitScript denies the allegations in Paragraph 379.

380.    LegitScript denies the allegations in Paragraph 380.

381.    LegitScript denies the allegations in Paragraph 381.

382.    LegitScript denies the allegations in Paragraph 382.

## DEMAND FOR JURY TRIAL

383.    This paragraph states legal conclusions to which no response is required.  To the extent a response is required, LegitScript denies the allegations in Paragraph 383.

## PRAYER FOR RELIEF

384.    LegitScript denies that Empower is entitled to any of the relief sought in Paragraph 384.

## AFFIRMATIVE DEFENSES

385.    LegitScript asserts the following affirmative defenses. By denominating these defenses as affirmative defenses, LegitScript does not undertake any burden of proof or production not otherwise imposed by law.

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

386.    The FAC and each claim purportedly set forth therein fail to state a claim upon which relief may be granted, in whole or in part.

/ / /

**SECOND AFFIRMATIVE DEFENSE**

**(Waiver)**

387.    Empower's claims are barred in whole or in part by the doctrine of waiver.

**THIRD AFFIRMATIVE DEFENSE**

**(Waiver of Damages)**

388.    Empower's claims are barred in whole or in part by the damages waiver in the Application Agreement and the Healthcare Merchant Terms and Conditions to which Empower agreed.

**FOURTH AFFIRMATIVE DEFENSE**

**(Limitation of Liability)**

389.    To the extent recoverable pursuant to applicable law and the Application Agreement and Healthcare Merchant Certification Terms and Conditions, Empower's claims are limited to the greater of application fees paid by Empower to LegitScript or $1,000.

**FIFTH AFFIRMATIVE DEFENSE**

**(Indemnity)**

390.    Empower's claims are barred in whole or in part by the indemnification provision in the Application Agreement and Healthcare Merchant Certification Terms and Conditions, to which Empower agreed.

**SIXTH AFFIRMATIVE DEFENSE**

**(Release)**

391.    Empower's claims are barred in whole or in part by its release of claims pursuant to the Application Agreement and Healthcare Merchant Certification Terms and Conditions executed and binding between Empower and LegitScript.

/ / /

/ / /

/ / /

## SEVENTH AFFIRMATIVE DEFENSE

### (Empower's Prior Breach; Excuse)

392.    Empower's claims are barred in whole or in part because Empower breached the Application Agreement and Healthcare Merchant Certification Terms and Conditions; therefore, LegitScript justifiably denied Empower's application for certification or was otherwise excused from doing so.

## EIGHTH AFFIRMATIVE DEFENSE

### (Lawful Conduct)

393.    Empower's claims are barred in whole or in part because any conduct engaged in by LegitScript was not illegal *per se* and/or was reasonable based upon independent, legitimate business and economic justifications.  To the extent that LegitScript has acted with any other person or entity, it has done so lawfully.

## NINTH AFFIRMATIVE DEFENSE

### (Procompetitive Conduct)

394.    Empower's claims are barred in whole or in part because any conduct engaged in by LegitScript was lawful, justified, and had entirely or predominantly procompetitive effects.

## TENTH AFFIRMATIVE DEFENSE

### (No Relevant Market)

395.    Empower's antitrust claims are barred in whole or in part because Empower has failed to define a relevant market over which LegitScript purportedly has power.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Legitimate Business Reason)

396.    Empower's claims fail in whole or in part because LegitScript had a legitimate business reason for refusing to certify Empower.

/ / /

/ / /

## TWELFTH AFFIRMATIVE DEFENSE

### (Empower's Own Acts or Omissions)

397.    Any damages Empower may have suffered were proximately caused by Empower's own actions and omissions and did not result from any action or omission of LegitScript.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Privilege)

398.    Empower's claim for tortious interference with contract is barred in whole or in part because LegitScript's actions taken in connection with the applicable contracts were privileged.  LegitScript's actions taken in connection with the applicable contracts were not tortious or unlawful.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

399.    Empower's claims are barred, in whole or in part, because it failed to mitigate its alleged damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Standing)

400.    Empower lacks standing to maintain its antitrust claim because it has suffered no antitrust injury.  Additionally, Empower lacks standing to assert its alleged antitrust claim in light of the speculative nature of its alleged injury, the limited and attenuated nature of Empower's relation to the alleged conspiracy, the speculative measure of Empower's harm, the possibility of duplicative recovery, the complexity in apportioning damages, and other factors bearing upon issues of antitrust standing.

/ / /

/ / /

/ / /

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

401.    Empower's claims are barred in whole or in part by the applicable statutes of limitations.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Laches)

402.    Empower's claims are barred in whole or in part by the doctrine of laches.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

403.    Empower's claims are barred in whole or in part by the doctrine of unclean hands.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Intracorporate Immunity)

404.    Empower's claims are barred in whole or in part because LegitScript is protected by the intracorporate immunity doctrine.

## RESERVATION

405.    LegitScript reserves the right to assert any additional defenses or affirmative defenses that apply pending further discovery, and nothing contained in this answer should be construed as a waiver of any such additional defenses.

## PRAYER FOR RELIEF

406.    WHEREFORE, having fully answered Empower's FAC, LegitScript prays for relief as follows:

> (a) That Empower take nothing by way of its complaint, and that the FAC be dismissed, in its entirety, with prejudice and without any award of fees or costs to Empower;

/ / /

/ / /

(b) For an award of its costs and reasonable attorney fees incurred herein for

LegitScript having to defend this action; and

(c) Any such other and appropriate relief as the Court deems just.


DATED:  October 7, 2025.

TONKON TORP LLP


By:    */s/Christopher J. Pallanch*
Christopher J. Pallanch, OSB No. 075864
  Direct:  503.802.2104
  Email:  christopher.pallanch@tonkon.com
Sadie Y. Concepción, OSB No. 185015
  Direct:  503.802.5773
  Email:  sadie.concepcion@tonkon.com
Paul Balmer, OSB No. 203429
  Direct:  503.802.5745
  Email:  Paul.Balmer@tonkon.com
*Attorneys for Defendant*

037090\00013\18854484v7

PAGE 49 – DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST
AMENDED COMPLAINT